UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
DOTHAN DIVISION

| | |
|---|---|
| ADAMS BROS. PRODUCE CO., INC., | Case No. 1:06CV269-T |
| Plaintiff, | |
| vs. | PLAINTIFF'S EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER |
| DANNY CLINTON FREEMAN d/b/a DANNY'S PRODUCE; and LENA FREEMAN, an individual, | |
| Defendants. | |

Plaintiff, Adams Bros. Produce Co., Inc. ( the "Plaintiff"), hereby applies to the Court for entry of a Temporary Restraining Order Without Notice ("TRO") pursuant to Rule 65(b) of the Federal Rules of Civil Procedure (the "Federal Rules") against Defendant, Danny Clinton Freeman d/b/a Danny's Produce ("Danny's Produce"). In support of its Application, Plaintiff states as follows:

1. Plaintiff bases its request upon the attached sworn Affidavit of Carl Adams, III, President and Treasurer of Plaintiff Adams Bros. Produce Co., Inc., the Memorandum of Law in Support of the instant Motion, and the Certification of Counsel Why Notice Should Not Be Required Under Federal Rule 65(b).

2. The proposed TRO attached to the Plaintiff's moving papers seeks to enjoin Defendants, their agents, employees, successors, banking institutions, attorneys, and all other persons in active concert or participation with them from using, consuming or otherwise dissipating trust assets under the Perishable Agricultural Commodities Act of 1930, as amended, 7 U.S.C. §499a-t *et seq.* ("PACA"), or making payment of any PACA trust asset to any creditor, person, or entity until further order of this Court or upon agreement of the Plaintiff.

Page 1

3. Absent the relief requested in this Application, Plaintiff will suffer immediate and irreparable injury, loss, and damage because Defendants will continue dissipating Plaintiff's interest in the statutory trust until judgment can be granted on the merits.

4. Because the Defendant already possesses $39,597.95 of PACA trust assets, which is property of the Plaintiff, Plaintiff submits that this may serve as the security for the injunctive relief required by Rule 65(c) of the Federal Rules of Civil Procedure.

5. No prior application for such relief has been made in this matter.

Respectfully submitted this 24th day of March, 2006.

| | |
|---|---|
| OF COUNSEL:<br>**MEUERS LAW FIRM, P.L.**<br>Katy L. Koestner, Esq.<br>Florida Bar No. 0159484/Illinois Bar No. 6270092<br>5395 Park Central Court<br>Naples, Florida 34109<br>Telephone: (239) 513-9191<br>Facsimile: (239) 513-9677<br>kkoestner@meuerslawfirm.com | **CAPELL & HOWARD, PC**<br>By: _____<br>Christopher W. Weller, Esq. (WEL030)<br>150 South Perry Street (36104)<br>Post Office Box 2069<br>Montgomery, Alabama 36102<br>Telephone: (334) 241-8066<br>Facsimile: (334) 241-8266<br>cww@chlaw.com |

Page 2