# EXHIBIT "A"

## ADAMS BROTHERS PRODUCE CO.
## v.
## DANNY'S PRODUCE

## TRUST CHART

| Invoice Number | Transaction Date | Invoice Date | Payment Due Date 10 Days | Invoice Amount | PACA Amount | No. of Days Overdue 03/23/06 | Accrued Interest 18% | Trust Amount |
|---|---|---|---|---|---|---|---|---|
| A790766 | 11/26/05 | 11/26/05 | 12/06/05 | $ 11,374.84 | $ 4,686.63 | 107 | $ 247.30 | $ 4,933.93 |
| A790766 | 11/26/05 | Payment | 12/06/05 | $ (5,260.21) | | 107 | $ - | $ - |
| A792351 | 12/01/05 | 12/01/05 | 12/11/05 | $ 2,409.65 | $ 2,409.65 | 102 | $ 121.21 | $ 2,530.86 |
| A793067 | 12/03/05 | 12/03/05 | 12/13/05 | $ 6,523.62 | $ 6,523.62 | 100 | $ 321.71 | $ 6,845.33 |
| A794476 | 12/08/05 | 12/08/05 | 12/18/05 | $ 1,971.56 | $ 1,971.56 | 95 | $ 92.37 | $ 2,063.93 |
| A795201 | 12/10/05 | 12/10/05 | 12/20/05 | $ 3,695.88 | $ 3,695.88 | 93 | $ 169.50 | $ 3,865.38 |
| A797176 | 12/17/05 | 12/17/05 | 12/27/05 | $ 1,547.26 | $ 1,547.26 | 86 | $ 65.62 | $ 1,612.88 |
| A798778 | 12/24/05 | 12/24/05 | 01/03/06 | $ 2,049.75 | $ 2,049.75 | 79 | $ 79.86 | $ 2,129.61 |
| A800118 | 12/31/05 | 12/31/05 | 01/10/06 | $ 3,149.85 | $ 3,149.85 | 72 | $ 111.84 | $ 3,261.69 |
| A801223 | 01/05/06 | 01/05/06 | 01/15/06 | $ 3,834.85 | $ 3,834.85 | 67 | $ 126.71 | $ 3,961.56 |
| A801826 | 01/07/06 | 01/07/06 | 01/17/06 | $ 5,699.65 | $ 5,699.65 | 65 | $ 182.70 | $ 5,882.35 |
| A803086 | 01/12/06 | 01/12/06 | 01/22/06 | $ 2,601.25 | $ 2,601.25 | 60 | $ 76.97 | $ 2,678.22 |
| **Sub-Totals** | | | | $ 39,597.95 | $ 38,169.95 | | $ 1,595.79 | $ 39,765.74 |
| **Estimated attorney fees** | | | | | $ 7,600.00 | | | $ 7,600.00 |
| **TOTALS** | | | | | $ 45,769.95 | | $ 1,595.79 | $ 47,365.74 |
| Additional daily interest accruing from above date | | | | | | | $ 18.82 | |
| **Buyer agrees to pay all collection and attorney fees** | | | | | | | | |

# ADAMS BROTHERS PRODUCE CO.

302 FINLEY AVENUE WEST • P.O. BOX 2682
BIRMINGHAM, ALABAMA 35202
PHONE (205) 323-7161    FAX (205) 251-4867

*100 Years of Service To The South*
*1903 - 2003*

"ALL DISTRIBUTION CENTERS - ASI CERTIFIED"
BIRMINGHAM, AL • PENSACOLA, FL • DESTIN, FL • PANAMA CITY, FL • JACKSON, MS

Page: 1
Invoice No: A790766
Invoice Date: 11/26/2005
Terms: Net 10 Days

Sold To:
DANNY'S PRODUCE
704 WHITE STREET

SLOCOMB, AL  36349
Telephone: (334) 886-9726

Driver Initials: _____
Time In: _____ Time Out: _____
Sales Rep: CARL
PO:

NOV 28 2005

| ORD QTY | SHIP QTY | UOM | DESCRIPTION | ITEM | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 55.00 | 55.00 | CS | APPLE EAST RED125 | 277 | 16.00 | 880.00 |
| 11.00 | 11.00 | CS | APPLE GOLDEN BULK | 2111 | 15.50 | 170.50 |
| 1.00 | 1.00 | CS | APPLE GRANNY SMITH 88 | 145 | 19.50 | 19.50 |
| 14.00 | 14.00 | CS | APPLE RED FY 80 | 224 | 17.45 | 244.30 |
| 62.00* | 61.00 | CS | BANANA SPEC 40# | 123 | 11.00 | 671.00 |
| 5.00 | 5.00 | CS | BERRY,STRAW DRISCOLL 8/1# | 062 | 20.25 | 101.25 |
| 8.00 | 8.00 | CS | BROCCOLI 14 | 1125 | 14.60 | 116.80 |
| 5.00 | 5.00 | CS | CABBAGE GREEN CARTON | 1140 | 11.65 | 58.25 |
| 4.00 | 4.00 | CS | CANTALOUPE 12ct | 132 | 14.95 | 59.80 |
| 10.00 | 10.00 | CS | CARABITES 24/1# | 700 | 18.25 | 182.50 |
| 1.00 | 1.00 | CS | CARROT CELLO CA 48/1# | 701 | 16.90 | 16.90 |
| 3.00 | 3.00 | CS | CAULIFLOWER | 1161 | 13.40 | 40.20 |
| 2.00 | 2.00 | CS | CELERY 3 DOZ | 1173 | 20.00 | 40.00 |
| 11.00 | 11.00 | CS | CUCUMBER SELECT | 1192 | 20.00 | 220.00 |
| 60.00 | 60.00 | CS | EGGS WHITE LRG 30 LOOSE | 752 | 23.80 | 1428.00 |
| 13.00 | 13.00 | CS | GRAPE RED SDLS 18# | 173 | 18.40 | 239.20 |
| 1.00 | 1.00 | CS | GRAPE WHITE SDLS 18# | 178 | 20.60 | 20.60 |
| 4.00 | 4.00 | CS | GRAPEFRUIT RED 48 | 157 | 17.00 | 68.00 |
| 3.00 | 3.00 | CS | HONEYDEW 6 | 293 | 13.00 | 39.00 |
| 2.00 | 2.00 | CS | KIWI FRUIT FLAT 36/39 | 301 | 9.15 | 18.30 |
| 10.00 | 10.00 | CS | LETTUCE CELLO 24 | 1212 | 16.50 | 165.00 |
| 4.00 | 4.00 | CS | LETTUCE ROMAINE PREMIUM | 1217 | 16.50 | 66.00 |
| 2.00 | 2.00 | CS | MUSHROOM CELLO 12/8OZ | 1500 | 10.60 | 21.20 |
| 1.00 | 1.00 | CS | ONION GREEN ICELESS | 712 | 13.60 | 13.60 |
| 7.00 | 7.00 | BG | ONION RED MED 25# *did not send* | 019 | 8.55 | 59.85 |
| 12.00 | 12.00 | BG | ONION YELLOW JBO 50# | 1287 | 13.65 | 163.80 |
| 14.00 | 14.00 | CS | ORANGE CA 88 | 392 | 16.25 | 227.50 |
| 15.00 | 15.00 | CS | ORANGE CA 113 | 393 | 16.25 | 243.75 |
| 57.00 | 57.00 | CS | ORANGE CA 138 | 394 | 16.25 | 926.25 |
| 10.00 | 10.00 | CS | PEPPER GREEN LGR CHOP 25# | 376 | 29.50 | 295.00 |
| 4.00 | 4.00 | CS | PINEAPPLE  GOLD | 259 | 16.55 | 66.20 |
| 1.00 | 1.00 | CS | POTATO RED B 50# | 1402 | 12.50 | 12.50 |

****** Continued *******

CUSTOMER SIGNATURE: _____    Customer Printed Name: David Brown

By his above signature, buyer acknowledges that, in accordance with PACA Terms, ADAMS PRODUCE CO. is required to provide in writing the terms regarding payments, charges, and interest related to their transactions and agrees to comply with the following stipulations:
THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5 (C) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e (C)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES, UNTIL FULL PAYMENT IS RECEIVED.
In the event any action or proceeding is commenced to enforce the terms of this transaction or ADAMS PACA trust rights, buyer agrees to pay all costs of enforcement, including all attorneys' fees, together with any costs and expenses, as additional sums owed in connection with this transaction. Finance charges will accrue on any past-due balance at the rate of 1-1/2% per month, or the maximum interest rate allowable by law, from the date each invoice becomes past due and will be computed daily and compounded annually. The prices reflected on this invoice may be subject to promotional allowances, volume discounts, corporate rebates, and/or other seasonal programs.
PACA requires PROMPT PAYMENT TERMS OF 10 DAYS after acceptance for produce purchased by a buyer unless a written agreement has been signed prior to the sales transactions. UNDER NO CIRCUMSTANCES CAN PAYMENT TERMS OF SUCH AGREEMENT EXCEED 30 DAYS AFTER ACCEPTANCE FOR PRODUCE PURCHASED BY A BUYER. Given the PACA prompt payment terms, buyer agrees to pay the listed commodities within 10 days unless the invoice terms state differently and reflect a written agreement that buyer has in his possession.

**ADAMS BROTHERS PRODUCE CO.**
302 FINLEY AVENUE WEST - P.O. BOX 2682
BIRMINGHAM, ALABAMA 35202
PHONE (205) 323-7161   FAX (205) 251-4867

"ALL DISTRIBUTION CENTERS - ASI CERTIFIED"
BIRMINGHAM, AL · PENSACOLA, FL · DESTIN, FL · PANAMA CITY, FL · JACKSON, MS

Page: 2
Invoice No: A790766
Invoice Date: 11/26/2005
Terms: Net 10 Days

*100 Years of Service To The South*
*1903 - 2003*

Sold To:
DANNY'S PRODUCE
704 WHITE STREET

SLOCOMB, AL  36349
Telephone: (334) 886-9726

NOV 28 2005

Driver Initials: _____
Time In: _____  Time Out: _____
Sales Rep: CARL
PO:

| ORD QTY | SHIP QTY | UOM | DESCRIPTION | ITEM | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 2.00 | 2.00 | CS | POTATO RED COML 50# | 1308 | 9.30 | 18.60 |
| 60.00 | 60.00 | CS | POTATO RUSSET 100 | 1293 | 12.10 | 726.00 |
| 5.00 | 5.00 | CS | POTATO RUSSET 80 | 1297 | 12.50 | 62.50 |
| 22.00 | 22.00 | CS | POTATO RUSSET 90 | 1292 | 11.90 | 261.80 |
| 2.00 | 2.00 | CS | RADISH 30/6 OZ | 1450 | 17.50 | 35.00 |
| 2.00 | 2.00 | CS | RUTABAGA WAX 50# | 1460 | 16.50 | 33.00 |
| 3.00 | 3.00 | CS | SPINACH CLIPPED 4/2.5# | 776 | 14.75 | 44.25 |
| 54.00 | 54.00 | CS | TANGERINE 150 | 602 | 16.50 | 891.00 |
| 9.00 | 9.00 | CS | TOMATO CHERRY 12 PT | 660 | 15.35 | 138.15 |
| 2.00 | 2.00 | CS | VA BROCCOLI FLORETS 6/3# | 614 | 19.45 | 38.90 |
| 6.00* | 1.00 | CS | VA CABBAGE YEL CHUNK 4/5 | 1814 | 14.65 | 14.65 |
| 1.50 | 1.50 | CS | VA CARROT STICK 4/5# | 4000 | 20.75 | 31.13 |
| 2.00 | 2.00 | BG | VA CELERY STICK 4/5# | 5027 | 6.23 | 12.46 |
| 65.00 | 65.00 | CS | VA LETTUCE SHRED 4/5# | 1956 | 13.00 | 845.00 |
| 105.00 | 105.00 | CS | VA SALAD SEPERATE 4/5# | 185 | 13.30 | 1396.50 |
| 6.00 | 6.00 | CS | VA SLAW CHOP FINE 4/5# | 1953 | 13.20 | 79.20 |
| 6.00 | 6.00 | CS | VA SLAW SHRED 4/5# | 1847 | 12.60 | 75.60 |

#11,374.85

SUBTOTAL: ~~11538.49~~
TAX: 0.00
TOTAL: ~~11538.49~~
11,374.85

CUSTOMER SIGNATURE: _____   Customer Printed Name: David Brown

By his above signature, buyer acknowledges that, in accordance with PACA Terms, ADAMS PRODUCE CO. is required to provide in writing the terms regarding payments, charges, and interest related to their transactions and agrees to comply with the following stipulations:
THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5 (C) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT 1930 (7 U.S.C. 499e (C). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES, UNTIL FULL PAYMENT IS RECEIVED.
In the event any action or proceeding is commenced to enforce the terms of this transaction or ADAMS PACA trust rights, buyer agrees to pay all costs of enforcement, including all attorneys' fees, together with any costs and expenses, as additional sums owed in connection with this transaction. Finance charges will accrue on any past-due balance at the rate of 1-1/2% per month, or the maximum interest rate allowable by law, from the date each invoice becomes past due and will be computed daily and compounded annually. The prices reflected on this invoice may be subject to promotional allowances, volume discounts, corporate rebates, and/or other seasonal programs.
PACA requires PROMPT PAYMENT TERMS OF 10 DAYS after acceptance for produce purchased by a buyer unless a written agreement has been signed prior the sales transactions. UNDER NO CIRCUMSTANCES CAN PAYMENT TERMS OF SUCH AGREEMENT EXCEED 30 DAYS AFTER ACCEPTANCE FOR PRODUCE PURCHASED BY A BUYER. Given the PACA prompt payment terms, buyer agrees to pay the listed commodities within 10 days unless the invoice terms state differently and reflect a written agreement that buyer has in his possession.

**ADAMS BROTHERS PRODUCE CO.**
302 FINLEY AVENUE WEST - P.O. BOX 2682
BIRMINGHAM, ALABAMA 35202
PHONE (205) 323-7161   FAX (205) 251-4867

"ALL DISTRIBUTION CENTERS - ASI CERTIFIED"
BIRMINGHAM, AL • PENSACOLA, FL • DESTIN, FL • PANAMA CITY, FL • JACKSON, MS

Page: 1
Invoice No: A792351
Invoice Date: 12/01/2005
Terms: Net 10 Days
Driver Initials: _____
Time In: _____ Time Out: _____
Sales Rep: CARL
PO:

*100 Years of Service To The South*
*1903 - 2003*

Sold To:
DANNY'S PRODUCE
704 WHITE STREET

SLOCOMB, AL  36349
Telephone: (334) 886-9726

| ORD QTY | SHIP QTY | UOM | DESCRIPTION | ITEM | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 5.00 | 5.00 | CS | APPLE EAST RED125 | 277 | 16.00 | 80.00 |
| 5.00 | 5.00 | CS | APPLE RED FY 80 | 224 | 17.45 | 87.25 |
| 10.00 | 10.00 | CS | BANANA SPEC 40# | 123 | 11.00 | 110.00 |
| 5.00 | 5.00 | CS | CABBAGE GREEN CARTON | 1140 | 11.65 | 58.25 |
| 1.00 | 1.00 | CS | CANTALOUPE 12ct | 132 | 14.95 | 14.95 |
| 3.00 | 3.00 | CS | CARABITES 24/1# | 700 | 18.25 | 54.75 |
| 1.00 | 1.00 | CS | CARROT CELLO CA 48/1# | 701 | 16.90 | 16.90 |
| 1.00 | 1.00 | CS | GRAPE RED SDLS 18# | 173 | 18.40 | 18.40 |
| 10.00 | 10.00 | CS | LETTUCE CELLO 24 | 1212 | 16.00 | 160.00 |
| 22.00 | 22.00 | BG | ONION RED MED 25# | 019 | 8.55 | 188.10 |
| 20.00 | 20.00 | BG | ONION YELLOW JBO 50# | 1287 | 13.65 | 273.00 |
| 4.00 | 4.00 | CS | ORANGE CA 88 | 392 | 16.25 | 65.00 |
| 6.00 | 6.00 | CS | ORANGE CA 138 | 394 | 16.25 | 97.50 |
| 4.00 | 4.00 | CS | PEPPER GREEN MEDIUM 25# | 1364 | 24.00 | 96.00 |
| 40.00 | 40.00 | CS | POTATO RUSSET 100 | 1293 | 12.10 | 484.00 |
| 10.00 | 10.00 | CS | POTATO RUSSET 80 | 1297 | 12.50 | 125.00 |
| 20.00 | 20.00 | CS | POTATO RUSSET 90 | 1292 | 11.90 | 238.00 |
| 3.00 | 3.00 | CS | TOMATO CHERRY 12 PT | 660 | 15.35 | 46.05 |
| 10.00 | 10.00 | CS | VA LETTUCE SHRED 4/5# | 1956 | 13.00 | 130.00 |
| 5.00 | 5.00 | CS | VA SALAD SEPERATE 4/5# | 185 | 13.30 | 66.50 |

SUBTOTAL: 2409.65
TAX: 0.00
TOTAL: 2409.65

CUSTOMER SIGNATURE: _____   Customer Printed Name: _____

The above signature, buyer acknowledges that, in accordance with PACA Terms, ADAMS PRODUCE CO. is required to provide in writing the terms regarding payments, charges, and interest related to their transactions and agrees only with the following stipulations:
PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5 (C) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES FROM THE SALE OF THESE COMMODITIES, UNTIL FULL PAYMENT IS RECEIVED.
If an action or proceeding is commenced to enforce the terms of this transaction or ADAMS PACA trust rights, buyer agrees to pay all costs of enforcement, including all attorneys' fees, together with any costs and expenses incurred in connection with this transaction. Finance charges will accrue on any past-due balance at the rate of 1-1/2% per month, or the maximum interest rate allowable by law, from the date each invoice becomes due, calculated daily and compounded annually. The prices reflected on this invoice may be subject to promotional allowances, volume discounts, corporate rebates, and/or other seasonal programs. PAYMENT TERMS OF 10 DAYS after acceptance for produce purchased by a buyer unless a written agreement has been signed prior the sales transactions. UNDER NO CIRCUMSTANCES CAN PAYMENT TERMS EXCEED 30 DAYS AFTER ACCEPTANCE FOR PRODUCE PURCHASED BY A BUYER. Given the PACA prompt payment terms, buyer agrees to pay the listed commodities within 10 days unless the invoice and reflect a written agreement that buyer has in his possession.

# ADAMS BROTHERS PRODUCE CO.

302 FINLEY AVENUE WEST – P.O. BOX 2682
BIRMINGHAM, ALABAMA 35202
PHONE (205) 323-7161    FAX (205) 251-4867

"ALL DISTRIBUTION CENTERS - ASI CERTIFIED"
BIRMINGHAM, AL • PENSACOLA, FL • DESTIN, FL • PANAMA CITY, FL • JACKSON, MS

*100 Years of Service To The South*
*1903 - 2003*

```
Sold To:                                    Page:          1
DANNY'S PRODUCE                             Invoice No: A793067
704 WHITE STREET                            Invoice Date: 12/03/2005
                                            Terms: Net 10 Days
                                            Driver Initials:_____
SLOCOMB, AL  36349                          Time In:_____  Time Out:_____
Telephone: (334) 886-9726                   Sales Rep: CARL
                                            PO:
```

| ORD QTY | SHIP QTY | UOM | DESCRIPTION | ITEM | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 54.00 | 54.00 | CS | APPLE EAST RED125 | 277 | 16.00 | 864.00 |
| 12.00 | 12.00 | CS | APPLE GOLDEN BULK | 2111 | 15.50 | 186.00 |
| 1.00 | 1.00 | CS | APPLE GRANNY SMITH 88 | 146 | 20.00 | 20.00 |
| 12.00 | 12.00 | CS | APPLE RED FY 80 | 224 | 16.30 | 195.60 |
| 50.00 | 50.00 | CS | BANANA SPEC 40# | 123 | 11.00 | 550.00 |
| 5.00 | 5.00 | CS | BERRY,STRAW CA X FY 8/1# | 576 | 19.85 | 99.25 |
| 2.00 | 2.00 | CS | BROCCOLI 14 | 1125 | 14.30 | 28.60 |
| 10.00 | 10.00 | CS | CABBAGE GREEN CARTON | 1140 | 13.35 | 133.50 |
| 4.00 | 4.00 | CS | CANTALOUPE 12ct | 132 | 17.25 | 69.00 |
| 10.00 | 10.00 | CS | CARABITES 24/1# | 700 | 18.55 | 185.50 |
| 1.00 | 1.00 | CS | CARROT CELLO CA 48/1# | 701 | 17.15 | 17.15 |
| 3.00 | 3.00 | CS | CAULIFLOWER | 1161 | 13.00 | 39.00 |
| 4.00 | 4.00 | CS | CELERY 3 DOZ | 1173 | 18.35 | 73.40 |
| 8.00 | 8.00 | CS | CUCUMBER SELECT | 1192 | 14.00 | 112.00 |
| 4.00 | 4.00 | CS | GRAPEFRUIT 40CT PINK | 155 | 21.05 | 84.20 |
| 4.00 | 4.00 | CS | HONEYDEW 6 | 293 | 13.50 | 54.00 |
| 2.00 | 2.00 | CS | KIWI FRUIT FLAT 36/39 | 301 | 9.00 | 18.00 |
| 7.00 | 7.00 | CS | LEMON CH 235 | 324 | 12.85 | 89.95 |
| 8.00 | 8.00 | CS | LETTUCE CELLO 24 | 1212 | 16.00 | 128.00 |
| 3.00 | 3.00 | CS | LETTUCE ROMAINE PREMIUM | 1217 | 16.60 | 49.80 |
| 2.00 | 2.00 | CS | ONION GREEN ICELESS | 712 | 13.60 | 27.20 |
| 3.00 | 3.00 | CS | ONION RED JBO 25# | 5034 | 10.60 | 31.80 |
| 5.00 | 5.00 | BG | ONION YELLOW JBO 50# | 1287 | 12.90 | 64.50 |
| 13.00 | 13.00 | CS | ORANGE CA  88 | 392 | 15.60 | 202.80 |
| 2.00 | 2.00 | CS | ORANGE CA 113 | 393 | 16.05 | 32.10 |
| 40.00 | 40.00 | CS | ORANGE FL 125 | 382 | 12.50 | 500.00 |
| 6.00 | 6.00 | CS | PEPPER GREEN MEDIUM 25# | 1364 | 28.00 | 168.00 |
| 2.00 | 2.00 | CS | PINEAPPLE  GOLD | 259 | 16.55 | 33.10 |
| 20.00 | 20.00 | CS | POTATO RUSSET  100 | 1293 | 11.35 | 227.00 |
| 1.00 | 1.00 | CS | SPINACH CLIPPED 4/2.5# | 776 | 15.05 | 15.05 |
| 1.00 | 1.00 | CS | TANGELO 100 CT | 601 | 11.00 | 11.00 |
| 30.00 | 30.00 | CS | TANGERINE 150 | 602 | 18.50 | 555.00 |

****** Continued *******

CUSTOMER SIGNATURE: _____    Customer Printed Name: _____

By his above signature, buyer acknowledges that, in accordance with PACA Terms, ADAMS PRODUCE CO. is required to provide in writing the terms regarding payments, charges, and interest related to their transactions and agrees to comply with the following stipulations:
THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5 (C) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e (C)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.
In the event any action or proceeding is commenced to enforce the terms of this transaction or ADAMS PACA trust rights, buyer agrees to pay all costs of enforcement, including all attorneys' fees, together with any costs and expenses, as additional sums owed in connection with this transaction. Finance charges will accrue on any past-due balance at the rate of 1-1/2% per month, or the maximum interest rate allowable by law, from the date each invoice becomes past due and will be computed daily and compounded annually. The prices reflected on this invoice may be subject to promotional allowances, volume discounts, corporate rebates, and/or other seasonal programs.
PACA requires PROMPT PAYMENT TERMS OF 10 DAYS after acceptance for produce purchased by a buyer unless a written agreement has been signed prior the sales transactions. UNDER NO CIRCUMSTANCES CAN PAYMENT TERMS OF SUCH AGREEMENT EXCEED 30 DAYS AFTER ACCEPTANCE FOR PRODUCE PURCHASED BY A BUYER. Given the PACA prompt payment terms, buyer agrees to pay the listed commodities within 10 days unless the invoice terms state differently and reflect a written agreement that buyer has in his possession.

**ADAMS BROTHERS PRODUCE CO.**
302 FINLEY AVENUE WEST - P.O. BOX 2682
BIRMINGHAM, ALABAMA 35202
PHONE (205) 323-7161   FAX (205) 251-4867

"ALL DISTRIBUTION CENTERS - ASI CERTIFIED"
BIRMINGHAM, AL - PENSACOLA, FL - DESTIN, FL - PANAMA CITY, FL - JACKSON, MS

*100 Years of Service To The South*
*1903 - 2003*

```
                                        Page:          2
Sold To:                                Invoice No:    A793067
  DANNY'S PRODUCE                       Invoice Date:  12/03/2005
  704 WHITE STREET                              Terms: Net 10 Days
                                        Driver Initials:_____
                                        Time In:_____  Time Out:_____
  SLOCOMB, AL   36349                   Sales Rep: CARL
  Telephone: (334) 886-9726             PO:

  ORD QTY   SHIP QTY UOM  DESCRIPTION                  ITEM   UNIT PRICE   EXT PRICE
  =====================================================================================
     4.00      4.00 CS    TOMATO CHERRY 12 PT           660       15.35        61.40
     2.00      2.00 CS    VA BROCCOLI FLORETS 6/3#      614       19.65        39.30
    11.00     11.00 CS    VA CABBAGE YEL CHUNK 4/5     1814       14.95       164.45
     2.00      2.00 BG    VA CARROT STICK 4/5#         4000        6.13        12.26
     1.00      1.00 BG    VA CELERY STICK 4/5#         5027        6.11         6.11
    45.00     45.00 CS    VA LETTUCE SHRED 4/5#        1956       13.00       585.00
    58.00     58.00 CS    VA SALAD SEPERATE 4/5#        185       13.00       754.00
     3.00      3.00 CS    VA SLAW SHRED 4/5#           1847       12.20        36.60


  =====================================================================================
                                                          SUBTOTAL:         6523.62
                                                               TAX:            0.00
                                                             TOTAL:         6523.62
```

CUSTOMER SIGNATURE: _____  Customer Printed Name: _____

By his above signature, buyer acknowledges that, in accordance with PACA Terms, ADAMS PRODUCE CO. is required to provide in writing the terms regarding payments, charges, and interest related to their transactions and agrees to comply with the following stipulations:
THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5 (C) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e (C)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES, UNTIL FULL PAYMENT IS RECEIVED.
In the event any action or proceeding is commenced to enforce the terms of this transaction or ADAMS PACA trust rights, buyer agrees to pay all costs of enforcement, including all attorneys' fees, together with any costs and expenses, as additional sums owed in connection with this transaction. Finance charges will accrue on any past-due balance at the rate of 1-1/2% per month, or the maximum interest rate allowable by law, from the date each invoice becomes past due and will be computed daily and compounded annually. The prices reflected on this invoice may be subject to promotional allowances, volume discounts, corporate rebates, and/or other seasonal programs.
PACA requires PROMPT PAYMENT TERMS OF 10 DAYS after acceptance for produce purchased by a buyer unless a written agreement has been signed prior the sales transaction. UNDER NO CIRCUMSTANCES CAN PAYMENT TERMS OF SUCH AGREEMENT EXCEED 30 DAYS AFTER ACCEPTANCE FOR PRODUCE PURCHASED BY A BUYER. Given the PACA prompt payment terms, buyer agrees to pay the listed commodities within 10 days unless the invoice terms state differently and reflect a written agreement that buyer has in his possession.

**ADAMS BROTHERS PRODUCE CO.**
302 FINLEY AVENUE WEST · P.O. BOX 2682
BIRMINGHAM, ALABAMA 35202
PHONE (205) 323-7161   FAX (205) 251-4867

"ALL DISTRIBUTION CENTERS - ASI CERTIFIED"
BIRMINGHAM, AL · PENSACOLA, FL · DESTIN, FL · PANAMA CITY, FL · JACKSON, MS

*100 Years of Service To The South*
*1903 - 2003*

```
Page:          1
Invoice No: A794476
Invoice Date: 12/08/2005
Terms: Net 10 Days
```

Sold To:
DANNY'S PRODUCE
704 WHITE STREET

SLOCOMB, AL   36349
Telephone: (334) 886-9726

Driver Initials: _____
Time In: _____   Time Out: _____
Sales Rep: CARL
PO:

| ORD QTY | SHIP QTY | UDM | DESCRIPTION | ITEM | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 7.00 | 7.00 | CS | APPLE RED FY 80 | 224 | 16.30 | 114.10 |
| 5.00 | 5.00 | CS | CABBAGE GREEN CARTON | 1140 | 13.35 | 66.75 |
| 1.00 | 1.00 | CS | CABBAGE RED CRTN | 1145 | 18.15 | 18.15 |
| 1.00 | 1.00 | CS | CARABITES 24/1# | 700 | 18.55 | 18.55 |
| 1.00 | 1.00 | CS | CUCUMBER SELECT | 1192 | 27.25 | 27.25 |
| 5.00 | 5.00 | CS | LEMON CH 235 | 324 | 12.85 | 64.25 |
| 8.00 | 8.00 | BG | ONION RED MED 25# | 019 | 11.15 | 89.20 |
| 10.00 | 10.00 | BG | ONION YELLOW JBO 50# | 1287 | 12.90 | 129.00 |
| 5.00 | 5.00 | CS | ORANGE CA 88 | 392 | 15.60 | 78.00 |
| 5.00 | 5.00 | CS | PEPPER GREEN MEDIUM 25# | 1364 | 28.00 | 140.00 |
| 40.00 | 40.00 | CS | POTATO RUSSET 100 | 1293 | 11.35 | 454.00 |
| 10.00 | 10.00 | CS | POTATO RUSSET 80 | 1297 | 12.45 | 124.50 |
| 10.00 | 10.00 | CS | POTATO RUSSET 90 | 1292 | 11.90 | 119.00 |
| 1.00 | 1.00 | CS | RUTABAGA WAX 50# | 1460 | 16.50 | 16.50 |
| 3.00 | 3.00 | CS | TANGERINE 150 | 602 | 18.50 | 55.50 |
| 3.00 | 3.00 | CS | TOMATO CHERRY 12 PT | 660 | 15.35 | 46.05 |
| 2.00 | 2.00 | CS | VA BROCCOLI FLORETS 6/3# | 614 | 19.65 | 39.30 |
| 2.00 | 2.00 | CS | VA CARROT STICK 4/5# | 4000 | 21.10 | 42.20 |
| 2.00 | 2.00 | BG | VA CARROT STICK 4/5# | 4000 | 6.13 | 12.26 |
| 15.00 | 15.00 | CS | VA LETTUCE SHRED 4/5# | 1956 | 13.00 | 195.00 |
| 10.00 | 10.00 | CS | VA SLAW SHRED 4/5# | 1847 | 12.20 | 122.00 |

```
SUBTOTAL:   1971.56
TAX:           0.00
TOTAL:      1971.56
```

CUSTOMER SIGNATURE: _____  Customer Printed Name: _____

By his above signature, buyer acknowledges that, in accordance with PACA Terms, ADAMS PRODUCE CO. is required to provide in writing the terms regarding payments, charges, and interest related to their transactions and agrees to comply with the following stipulations:
THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(C) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e (C). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES, UNTIL FULL PAYMENT IS RECEIVED.
In the event any action or proceeding is commenced to enforce the terms of this transaction or ADAMS PACA trust rights, buyer agrees to pay all costs of enforcement, including all attorneys' fees, together with any costs and expenses, as additional sums owed in connection with this transaction. Finance charges will accrue on any post-due balance at the rate of 1-1/2% per month, or the maximum interest rate allowable by law, from the date each invoice becomes past due and will be computed daily and compounded annually. The prices reflected on this invoice may be subject to promotional allowances, volume discounts, corporate rebates, and/or other seasonal programs.
PACA requires PROMPT PAYMENT TERMS OF 10 DAYS after acceptance for produce purchased by a buyer unless a written agreement has been signed prior the sales transactions. UNDER NO CIRCUMSTANCES CAN PAYMENT TERMS OF SUCH AGREEMENT EXCEED 30 DAYS AFTER ACCEPTANCE FOR PRODUCE PURCHASED BY A BUYER. Given the PACA prompt payment terms, buyer agrees to pay the listed commodities within 10 days unless the invoice terms state differently and reflect a written agreement that buyer has in his possession.

**ADAMS BROTHERS PRODUCE CO.**
302 FINLEY AVENUE WEST - P.O. BOX 2682
BIRMINGHAM, ALABAMA 35202
PHONE (205) 323-7161   FAX (205) 251-4867

"ALL DISTRIBUTION CENTERS - ASI CERTIFIED"
BIRMINGHAM, AL • PENSACOLA, FL • DESTIN, FL • PANAMA CITY, FL • JACKSON, MS

Page: 1
Invoice No: A795201
Invoice Date: 12/10/2005
Terms: Net 10 Days
Driver Initials: _____
Time In: _____  Time Out: _____
Sales Rep: CARL
PO:

*100 Years of Service To The South*
*1903 - 2003*

Sold To:
DANNY'S PRODUCE
704 WHITE STREET

SLOCOMB, AL  36349
Telephone: (334) 886-9726

| ORD QTY | SHIP QTY | UOM | DESCRIPTION | ITEM | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 18.00 | 18.00 | CS | APPLE EAST RED125 | 277 | 16.00 | 288.00 |
| 1.00 | 1.00 | CS | APPLE GALA   X  FY 80 | 237 | 21.80 | 21.80 |
| 4.00 | 4.00 | CS | APPLE GOLDEN BULK | 2111 | 15.50 | 62.00 |
| 1.00 | 1.00 | CS | APPLE GOLDEN X FY 88 | 252 | 17.75 | 17.75 |
| 3.00 | 3.00 | CS | APPLE RED FY 88 | 225 | 16.25 | 48.75 |
| 18.00 | 18.00 | CS | BANANA SPEC 40# | 123 | 11.00 | 198.00 |
| 1.00 | 1.00 | CS | BERRY,STRAW DRISCOLL 8/1# | 062 | 28.00 | 28.00 |
| 1.00 | 1.00 | CS | BROCCOLI 14 | 1125 | 14.30 | 14.30 |
| 1.00 | 1.00 | CS | CANTALOUPE 12ct | 132 | 15.75 | 15.75 |
| 1.00 | 1.00 | CS | CARABITES 24/1# | 700 | 18.55 | 18.55 |
| 2.00 | 2.00 | CS | CAULIFLOWER | 1161 | 13.80 | 27.60 |
| 2.00 | 2.00 | CS | CELERY 3 DOZ | 1173 | 18.35 | 36.70 |
| 3.00 | 3.00 | CS | CUCUMBER SELECT | 1192 | 39.25 | 117.75 |
| 6.00 | 6.00 | CS | GRAPE RED SDLS 18# | 173 | 18.75 | 112.50 |
| 1.00 | 1.00 | CS | GRAPE WHITE SDLS 18# | 178 | 20.50 | 20.50 |
| 1.00 | 1.00 | CS | HONEYDEW 6 | 293 | 13.50 | 13.50 |
| 2.00 | 2.00 | CS | KIWI FRUIT FLAT 36/39 | 301 | 9.00 | 18.00 |
| 5.00 | 5.00 | CS | LEMON CH 235 | 324 | 17.20 | 86.00 |
| 10.00 | 10.00 | CS | LETTUCE CELLO 24 | 1212 | 15.00 | 150.00 |
| 1.00 | 1.00 | CS | ONION GREEN ICELESS | 712 | 13.60 | 13.60 |
| 10.00 | 10.00 | BG | ONION RED MED 25# | 019 | 11.15 | 111.50 |
| 10.00 | 10.00 | BG | ONION YELLOW JBO 50# | 1287 | 12.90 | 129.00 |
| 3.00 | 3.00 | CS | ORANGE CA  88 | 392 | 15.60 | 46.80 |
| 18.00 | 18.00 | CS | ORANGE FL 125 | 382 | 12.50 | 225.00 |
| 2.00 | 2.00 | CS | PINEAPPLE   GOLD | 259 | 16.55 | 33.10 |
| 12.00 | 12.00 | CS | POTATO RUSSET     100 | 1293 | 11.35 | 136.20 |
| 1.00 | 1.00 | CS | POTATO RUSSET     70 | 1298 | 12.10 | 12.10 |
| 5.00 | 5.00 | CS | POTATO RUSSET     90 | 1292 | 11.90 | 59.50 |
| 2.00 | 2.00 | CS | RADISH 30/6 OZ | 1450 | 17.00 | 34.00 |
| 1.00 | 1.00 | CS | TANGELO 100 CT | 601 | 0.00 | 0.00 |
| 6.00 | 6.00 | CS | TANGERINE 150 | 602 | 16.50 | 99.00 |
| 1.00 | 1.00 | CS | TANGERINE 180 | 603 | 13.25 | 13.25 |

****** Continued *******

CUSTOMER SIGNATURE: _David M Brown_   Customer Printed Name: _David M Brown_

By his above signature, buyer acknowledges that, in accordance with PACA Terms, ADAMS PRODUCE CO. is required to provide in writing the terms regarding payments, charges, and interest related to their transactions and agrees to comply with the following stipulations:
THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5 (C) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e (C). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES, UNTIL FULL PAYMENT IS RECEIVED.
In the event any action or proceeding is commenced to enforce the terms of this transaction or ADAMS PACA trust rights, buyer agrees to pay all costs of enforcement, including all attorneys' fees, together with any costs and expenses, as additional sums owed in connection with this transaction. Finance charges will accrue on any past-due balance at the rate of 1-1/2% per month, or the maximum interest rate allowable by law, from the date each invoice becomes past due and will be computed daily and compounded annually. The prices reflected on this invoice may be subject to promotional allowances, volume discounts, corporate rebates, and/or other seasonal programs.
PACA requires PROMPT PAYMENT TERMS OF 10 DAYS after acceptance for produce purchased by a buyer unless a written agreement has been signed prior the sales transactions. UNDER NO CIRCUMSTANCES CAN PAYMENT TERMS OF SUCH AGREEMENT EXCEED 30 DAYS AFTER ACCEPTANCE FOR PRODUCE PURCHASED BY A BUYER. Given the PACA prompt payment terms, buyer agrees to pay the listed commodities within 10 days unless the invoice terms state differently and reflect a written agreement that buyer has in his possession.

## ADAMS BROTHERS PRODUCE CO.
302 FINLEY AVENUE WEST - P.O. BOX 2682
BIRMINGHAM, ALABAMA 35202
PHONE (205) 323-7161   FAX (205) 251-4867

"ALL DISTRIBUTION CENTERS - ASI CERTIFIED"
BIRMINGHAM, AL - PENSACOLA, FL - DESTIN, FL - PANAMA CITY, FL - JACKSON, MS

Page: 2
Invoice No: A795201
Invoice Date: 12/10/2005
Terms: Net 10 Days
Driver Initials: _____
Time In: _____ Time Out: _____
Sales Rep: CARL
PO:

*100 Years of Service To The South*
*1903 - 2003*

Sold To:
DANNY'S PRODUCE
704 WHITE STREET

SLOCOMB, AL 36349
Telephone: (334) 886-9726

| ORD QTY | SHIP QTY | UOM | DESCRIPTION | ITEM | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 5.00 | 5.00 | CS | TOMATO CHERRY 12 PT | 660 | 15.35 | 76.75 |
| 1.00 | 1.00 | CS | VA BROCCOLI FLORETS 6/3# | 614 | 19.65 | 19.65 |
| 22.00 | 22.00 | CS | VA CABBAGE YEL CHUNK 4/5 | 1814 | 14.75 | 324.50 |
| 1.00 | 1.00 | CS | VA CARROT STICK 4/5# | 4000 | 21.10 | 21.10 |
| 2.00 | 2.00 | BG | VA CARROT STICK 4/5# | 4000 | 6.13 | 12.26 |
| 2.00 | 2.00 | BG | VA CELERY STICK 4/5# | 5027 | 6.11 | 12.22 |
| 30.00 | 30.00 | CS | VA LETTUCE SHRED 4/5# | 1956 | 13.00 | 390.00 |
| 38.00 | 38.00 | CS | VA SALAD SEPERATE 4/5# | 185 | 12.75 | 484.50 |
| 12.00 | 12.00 | CS | VA SLAW SHRED 4/5# | 1847 | 12.20 | 146.40 |

SUBTOTAL: 3695.88
TAX: 0.00
TOTAL: 3695.88

CUSTOMER SIGNATURE: _____   Customer Printed Name: David M Brown

By his above signature, buyer acknowledges that, in accordance with PACA Terms, ADAMS PRODUCE CO. is required to provide in writing the terms regarding payments, charges, and interest related to their transactions and agrees to comply with the following stipulations:
THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5 (C) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e (C), THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES, UNTIL FULL PAYMENT IS RECEIVED.
In the event any action or proceeding is commenced to enforce the terms of this transaction or ADAMS PACA trust rights, buyer agrees to pay all costs of enforcement, including all attorneys' fees, together with any costs and expenses, as additional sums owed in connection with this transaction. Finance charges will accrue on any past-due balance at the rate of 1-1/2% per month, or the maximum interest rate allowable by law, from the date each invoice becomes past due and will be computed daily and compounded annually. The prices reflected on this invoice may be subject to promotional allowances, volume discounts, corporate rebates, and/or other seasonal programs.
PACA requires PROMPT PAYMENT TERMS OF 10 DAYS after acceptance for produce purchased by a buyer unless a written agreement has been signed prior the sales transactions. UNDER NO CIRCUMSTANCES CAN PAYMENT TERMS OF SUCH AGREEMENT EXCEED 30 DAYS AFTER ACCEPTANCE FOR PRODUCE PURCHASED BY A BUYER. Given the PACA prompt payment terms, buyer agrees to pay the listed commodities within 10 days unless the invoice terms state differently and reflect a written agreement that buyer has in his possession.

# ADAMS BROTHERS PRODUCE CO.

302 FINLEY AVENUE WEST - P.O. BOX 2682
BIRMINGHAM, ALABAMA 35202
PHONE (205) 323-7161   FAX (205) 251-4867

"ALL DISTRIBUTION CENTERS - ASI CERTIFIED"
BIRMINGHAM, AL • PENSACOLA, FL • DESTIN, FL • PANAMA CITY, FL • JACKSON, MS

*100 Years of Service To The South*
*1903 - 2003*

Page: 1
Invoice No: A797176
Invoice Date: 12/17/2005
Terms: Net 10 Days
Driver Initials: _____
Time In: _____ Time Out: _____
Sales Rep: CARL
PO:

Sold To:
DANNY'S PRODUCE
704 WHITE STREET

SLOCOMB, AL  36349
Telephone: (334) 886-9726

| ORD QTY | SHIP QTY | UOM | DESCRIPTION | ITEM | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 1.00 | 1.00 | CS | APPLE GALA   X  FY 80 | 237 | 21.80 | 21.80 |
| 2.00 | 2.00 | CS | APPLE GOLDEN BULK | 2111 | 15.50 | 31.00 |
| 1.00 | 1.00 | CS | APPLE GRANNY SMITH 88 | 146 | 20.00 | 20.00 |
| 2.00 | 2.00 | CS | APPLE RED FY 80 | 224 | 16.30 | 32.60 |
| 1.00 | 1.00 | CS | BROCCOLI 14 | 1125 | 14.30 | 14.30 |
| 6.00 | 6.00 | CS | CARABITES 24/1# | 700 | 18.55 | 111.30 |
| 2.00 | 2.00 | CS | CUCUMBER SELECT | 1192 | 36.50 | 73.00 |
| 2.00 | 2.00 | CS | GRAPEFRUIT 40CT PINK | 155 | 16.40 | 32.80 |
| 3.00 | 3.00 | CS | LEMON CH 235 | 324 | 17.20 | 51.60 |
| 7.00 | 7.00 | CS | LETTUCE CELLO 24 | 1212 | 18.00 | 126.00 |
| 3.00 | 3.00 | CS | ONION RED JBO 25# | 5034 | 10.60 | 31.80 |
| 12.00 | 12.00 | BG | ONION RED MED 25# | 019 | 11.15 | 133.80 |
| 18.00 | 18.00 | BG | ONION YELLOW JBO 50# | 1287 | 12.90 | 232.20 |
| 5.00 | 5.00 | CS | PEPPER GREEN LGR CHOP 25# | 376 | 22.25 | 111.25 |
| 2.00 | 2.00 | CS | POTATO RED COML 50# | 1308 | 9.85 | 19.70 |
| 1.00 | 1.00 | CS | POTATO RUSSET   70 | 1298 | 12.10 | 12.10 |
| 2.00 | 2.00 | CS | RADISH 30/6 OZ | 1450 | 15.50 | 31.00 |
| 2.00 | 2.00 | CS | TANGERINE 150 | 602 | 16.75 | 33.50 |
| 7.00 | 7.00 | CS | TOMATO GRAPE 12 PT | 5022 | 18.00 | 126.00 |
| 2.00 | 2.00 | BG | VA CARROT STICK 4/5# | 4000 | 6.13 | 12.26 |
| 1.00 | 1.00 | CS | VA CELERY STICK 4/5# | 5027 | 21.05 | 21.05 |
| 15.00 | 15.00 | CS | VA LETTUCE SHRED 4/5# | 1956 | 13.00 | 195.00 |
| 6.00 | 6.00 | CS | VA SLAW SHRED 4/5# | 1847 | 12.20 | 73.20 |

SUBTOTAL: 1547.26
TAX: 0.00
TOTAL: 1547.26

CUSTOMER SIGNATURE: _____ Customer Printed Name: _____

y his above signature, buyer acknowledges that, in accordance with PACA Terms, ADAMS PRODUCE CO. is required to provide in writing the terms regarding payments, charges, ...
) comply with the following stipulations:
HE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5 (C) OF
.S.C. 499e (C). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PR
E PROCEEDS FROM THE SALE OF THESE COMMODITIES, UNTIL FULL PAYMENT IS RECEIVED.
the event any action or proceeding is commenced to enforce the terms of this transaction or ADAMS PACA trust rights, buyer agrees to pay ...
additional sums owed in connection with this transaction. Finance charges will accrue on any past-due balance at the rate of 1-1/2%
st due and will be computed daily and compounded annually. The prices reflected on this invoice may be subject to promp...
ACA requires PROMPT PAYMENT TERMS OF 10 DAYS after acceptance for produce purchased by a buyer unless ...
RMS OF SUCH AGREEMENT EXCEED 30 DAYS AFTER ACCEPTANCE FOR PRODUCE PURCHASED BY A BUY...
rms state differently and reflect a written agreement that buyer has in his possession.

# ADAMS BROTHERS PRODUCE CO.

302 FINLEY AVENUE WEST - P.O. BOX 2682
BIRMINGHAM, ALABAMA 35202
PHONE (205) 323-7161   FAX (205) 251-4867

"ALL DISTRIBUTION CENTERS - ASI CERTIFIED"
BIRMINGHAM, AL • HUNTSVILLE, AL • DESTIN, FL • PANAMA CITY, FL • JACKSON, MS

*100 Years of Service To The South*
*1903 - 2003*

Page: 1
Invoice No: A798778
Invoice Date: 12/24/2005
Terms: Net 10 Days
Driver Initials: _____
Time In: _____ Time Out: _____
Sales Rep: CARL
PO:

Sold To:
DANNY'S PRODUCE
704 WHITE STREET

SLOCOMB, AL  36349
Telephone: (334) 886-9726

| ORD QTY | SHIP QTY | UOM | DESCRIPTION | ITEM | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 5.00 | 5.00 | CS | BANANA SPEC 40# | 123 | 11.40 | 57.00 |
| 8.00 | 8.00 | CS | CABBAGE GREEN CARTON | 1140 | 11.00 | 88.00 |
| 1.00 | 1.00 | CS | CABBAGE RED CRTN | 1145 | 14.45 | 14.45 |
| 1.00 | 1.00 | CS | CARABITES 24/1# | 700 | 18.10 | 18.10 |
| 1.00 | 1.00 | CS | CARROT CELLO CA 48/1# | 701 | 16.60 | 16.60 |
| 2.00 | 2.00 | CS | CELERY 3 DOZ | 1173 | 15.60 | 31.20 |
| 1.00 | 1.00 | CS | CUCUMBER SELECT | 1192 | 38.75 | 38.75 |
| 5.00 | 5.00 | CS | LEMON CH 235 | 324 | 16.90 | 84.50 |
| 1.00 | 1.00 | CS | LEMON STD 95 | 318 | 17.30 | 17.30 |
| 25.00 | 25.00 | CS | LETTUCE CELLO 24 | 1212 | 19.50 | 487.50 |
| 15.00 | 15.00 | BG | ONION RED MED 25# | 019 | 9.35 | 140.25 |
| 1.00 | 1.00 | BG | ONION WHITE JBO 50# | 119 | 16.50 | 16.50 |
| 30.00 | 30.00 | BG | ONION YELLOW JBO 50# | 1287 | 13.55 | 406.50 |
| 4.00 | 4.00 | CS | PEPPER GREEN X LARGE 25# | 1362 | 37.50 | 150.00 |
| 5.00 | 5.00 | CS | PEPPER GREEN MEDIUM 25# | 1364 | 23.50 | 117.50 |
| 2.00 | 2.00 | CS | RADISH 30/6 OZ | 1450 | 15.50 | 31.00 |
| 4.00 | 4.00 | CS | TOMATO GRAPE 12 PT | 5022 | 18.65 | 74.60 |
| 20.00 | 20.00 | CS | VA LETTUCE SHRED 4/5# | 1956 | 13.00 | 260.00 |

SUBTOTAL: 2049.75
TAX: 0.00
TOTAL: 2049.75

CUSTOMER SIGNATURE: _____   Customer Printed Name: _____

ly his above signature, buyer acknowledges that, in accordance with PACA Terms, ADAMS PRODUCE CO. is required to provide in writing the terms regarding payments, charges, and interest related to their transactions and agrees
to comply with the following stipulations:
THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5 (C) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7
U.S.C. 499e (C)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES
OR PROCEEDS FROM THE SALE OF THESE COMMODITIES, UNTIL FULL PAYMENT IS RECEIVED.
In the event any action or proceeding is commenced to enforce the terms of this transaction or ADAMS PACA trust rights, buyer agrees to pay all costs of enforcement, including all attorneys' fees, together with any costs and expenses,
and additional sums owed in connection with this transaction. Finance charges will accrue on any past-due balance at the rate of 1-1/2% per month, or the maximum interest rate allowable by law, from the date each invoice becomes
past due and will be computed daily and compounded annually. The prices reflected on this invoice may be subject to promotional allowances, volume discounts, corporate rebates, and/or other seasonal programs.
PACA requires PROMPT PAYMENT TERMS OF 10 DAYS after acceptance for produce purchased by a buyer unless a written agreement has been signed prior the sales transactions. UNDER NO CIRCUMSTANCES CAN PAYMENT
TERMS OF SUCH AGREEMENT EXCEED 30 DAYS AFTER ACCEPTANCE FOR PRODUCE PURCHASED BY A BUYER. Given the PACA prompt payment terms, buyer agrees to pay the listed commodities within 10 days unless the invoice
terms state differently and reflect a written agreement that buyer has in his possession.

## ADAMS BROTHERS PRODUCE CO.

302 FINLEY AVENUE WEST · P.O. BOX 2682
BIRMINGHAM, ALABAMA 35202
PHONE (205) 323-7161   FAX (205) 251-4867

*100 Years of Service To The South*
*1903 - 2003*

"ALL DISTRIBUTION CENTERS - ASI CERTIFIED"
BIRMINGHAM, AL • HUNTSVILLE, AL • DESTIN, FL • PANAMA CITY, FL • JACKSON, MS

Page: 1
Invoice No: A800118
Invoice Date: 12/31/2005
Terms: Net 10 Days
Driver Initials: _____
Time In: _____ Time Out: _____
Sales Rep: CARL
PO:

Sold To:
DANNY'S PRODUCE
704 WHITE STREET

SLOCOMB, AL 36349
Telephone: (334) 886-9726

| ORD QTY | SHIP QTY | UOM | DESCRIPTION | ITEM | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 10.00 | 10.00 | CS | APPLE EAST RED125 | 277 | 16.00 | 160.00 |
| 7.00 | 7.00 | CS | APPLE GOLDEN BULK | 2111 | 15.50 | 108.50 |
| 2.00* | 0.00 | CS | APPLE RED FY 80 | 224 | 16.30 | 0.00 |
| 1.00* | 0.00 | CS | APPLE RED FY 88 | 225 | 16.35 | 0.00 |
| 15.00 | 15.00 | CS | BANANA SPEC 40# | 123 | 11.50 | 172.50 |
| 4.00 | 4.00 | CS | BERRY, STRAW CA X FY 8/1# | 576 | 31.10 | 124.40 |
| 2.00 | 2.00 | CS | BROCCOLI 14 | 1125 | 15.00 | 30.00 |
| 3.00 | 3.00 | CS | CABBAGE GREEN CARTON | 1140 | 12.30 | 36.90 |
| 2.00 | 2.00 | CS | CANTALOUPE 12ct | 132 | 14.80 | 29.60 |
| 10.00 | 10.00 | CS | CARABITES 24/1# | 700 | 18.20 | 182.00 |
| 1.00 | 1.00 | CS | CARROT JUMBO CA 50# | 704 | 18.30 | 18.30 |
| 2.00 | 2.00 | CS | CAULIFLOWER | 1161 | 18.75 | 37.50 |
| 4.00 | 4.00 | CS | CUCUMBER SELECT | 1192 | 38.75 | 155.00 |
| 6.00 | 6.00 | CS | GRAPE RED SDLS 18# | 173 | 20.50 | 123.00 |
| 2.00 | 2.00 | CS | GRAPEFRUIT 40CT PINK | 155 | 16.90 | 33.80 |
| 1.00 | 1.00 | CS | HONEYDEW 6 | 293 | 13.00 | 13.00 |
| 2.00 | 2.00 | CS | LEMON CH 235 | 324 | 16.90 | 33.80 |
| 4.00 | 4.00 | CS | LETTUCE CELLO 24 | 1212 | 17.55 | 70.20 |
| 4.00 | 4.00 | CS | LETTUCE ROMAINE PREMIUM | 1217 | 17.00 | 68.00 |
| 2.00 | 2.00 | CS | MUSHROOM CELLO 12/8OZ | 1500 | 10.60 | 21.20 |
| 1.00 | 1.00 | CS | ONION GREEN ICELESS | 712 | 13.60 | 13.60 |
| 2.00 | 2.00 | CS | ONION RED JBO 25# | 5034 | 10.55 | 21.10 |
| 5.00 | 5.00 | BG | ONION RED MED 25# | 019 | 9.55 | 47.75 |
| 5.00 | 5.00 | BG | ONION YELLOW JBO 50# | 1287 | 13.15 | 65.75 |
| 3.00* | 2.00 | CS | ORANGE CA 88 | 392 | 17.30 | 34.60 |
| 9.00* | 0.00 | CS | ORANGE CA 113 | 393 | 16.90 | 0.00 |
| 12.00 | 12.00 | CS | ORANGE FL 125 | 382 | 11.35 | 136.20 |
| 1.00 | 1.00 | CS | PEAR D'ANJOU 110 CT | 467 | 19.80 | 19.80 |
| 4.00 | 4.00 | CS | PEPPER GREEN MEDIUM 25# | 1364 | 23.50 | 94.00 |
| 3.00 | 3.00 | CS | PINEAPPLE GOLD | 259 | 16.55 | 49.65 |
| 4.00 | 4.00 | CS | POTATO RUSSET 100 | 1293 | 12.90 | 51.60 |
| 4.00 | 4.00 | CS | POTATO RUSSET 90 | 1292 | 13.00 | 52.00 |

****** Continued *******

CUSTOMER SIGNATURE: _____   Customer Printed Name: _____

By his above signature, buyer acknowledges that, in accordance with PACA Terms, ADAMS PRODUCE CO. is required to provide in writing the terms regarding payments, charges, and interest related to their transactions and agrees to comply with the following stipulations:
THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5 (C) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e (C)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES, UNTIL FULL PAYMENT IS RECEIVED.
In the event any action or proceeding is commenced to enforce the terms of this transaction or ADAMS PACA trust rights, buyer agrees to pay all costs of enforcement, including all attorneys' fees, together with any costs and expenses, as additional sums owed in connection with this transaction. Finance charges will accrue on any past-due balance at the rate of 1-1/2% per month, or the maximum interest rate allowed by law, from the date each invoice becomes past due and will be computed daily and compounded annually. The prices reflected on this invoice may be subject to promotional allowances, volume discounts, corporate rebates, and/or other seasonal programs.
PACA requires PROMPT PAYMENT TERMS LISTED ON 10 DAYS after acceptance for produce purchased by a buyer unless a written agreement has been signed prior the sales transactions. UNDER NO CIRCUMSTANCES CAN PAYMENT TERMS OF SUCH AGREEMENT EXCEED 30 DAYS AFTER ACCEPTANCE FOR PRODUCE PURCHASED BY A BUYER. Given the PACA prompt payment terms, buyer agrees to pay the listed commodities within 10 days unless the invoice terms state differently and reflect a written agreement that buyer has in his possession.

# ADAMS BROTHERS PRODUCE CO.

302 FINLEY AVENUE WEST - P.O. BOX 2682
BIRMINGHAM, ALABAMA 35202
PHONE (205) 323-7161   FAX (205) 251-4867

*100 Years of Service To The South*
*1903 - 2003*

Sold To:
DANNY'S PRODUCE
704 WHITE STREET

SLOCOMB, AL  36349
Telephone: (334) 886-9726

"ALL DISTRIBUTION CENTERS - ASI CERTIFIED"
BIRMINGHAM, AL • HUNTSVILLE, AL • DESTIN, FL • PANAMA CITY, FL • JACKSON, MS

Page: 2
Invoice No: A800118
Invoice Date: 12/31/2005
Terms: Net 10 Days
Driver Initials: _____
Time In: _____   Time Out: _____
Sales Rep: CARL
PO:

| ORD QTY | SHIP QTY | UOM | DESCRIPTION | ITEM | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 2.00 | 2.00 | CS | RADISH 30/6 OZ | 1450 | 15.60 | 31.20 |
| 1.00 | 1.00 | CS | RUTABAGA WAX 50# | 1460 | 16.50 | 16.50 |
| 1.00 | 1.00 | CS | SPINACH CLIPPED 4/2.5# | 776 | 15.05 | 15.05 |
| 7.00 | 7.00 | CS | TANGERINE 180 | 603 | 14.25 | 99.75 |
| 3.00 | 3.00 | CS | TOMATO GRAPE 12 PT | 5022 | 24.75 | 74.25 |
| 1.00 | 1.00 | CS | VA BROCCOLI FLORETS 6/3# | 614 | 20.50 | 20.50 |
| 6.00 | 6.00 | CS | VA CABBAGE YEL CHUNK 4/5 | 1814 | 15.05 | 90.30 |
| 26.00 | 26.00 | CS | VA LETTUCE SHRED 4/5# | 1956 | 13.00 | 338.00 |
| 35.00 | 35.00 | CS | VA SALAD SEPERATE 4/5# | 185 | 12.80 | 448.00 |
| 1.00 | 1.00 | CS | VA SLAW SHRED 4/5# | 1847 | 12.55 | 12.55 |

SUBTOTAL:  3149.85
TAX:  0.00
TOTAL:  3149.85

CUSTOMER SIGNATURE: _____   Customer Printed Name: _____

By his above signature, buyer acknowledges that, in accordance with PACA Terms, ADAMS PRODUCE CO. is required to provide in writing the terms regarding payments, charges, and interest related to their transactions and agrees to comply with the following stipulations:
THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5 (C) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e (C)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES, UNTIL FULL PAYMENT IS RECEIVED.
In the event any action or proceeding is commenced to enforce the terms of this transaction or ADAMS PACA trust rights, buyer agrees to pay all costs of enforcement, including all attorneys' fees, together with any costs and expenses, as additional sums owed in connection with this transaction. Finance charges will accrue on any past-due balance at the rate of 1-1/2% per month, or the maximum interest rate allowable by law, from the date each invoice becomes past due and will be computed daily and compounded annually. The prices reflected on this invoice may be subject to promotional allowances, volume discounts, corporate rebates, and/or other seasonal programs.
PACA requires PROMPT PAYMENT TERMS OF 10 DAYS after acceptance for produce purchased by a buyer unless a written agreement has been signed prior the sales transactions. UNDER NO CIRCUMSTANCES CAN PAYMENT TERMS OF SUCH AGREEMENT EXCEED 30 DAYS AFTER ACCEPTANCE FOR PRODUCE PURCHASED BY A BUYER. Given the PACA prompt payment terms, buyer agrees to pay the listed commodities within 10 days unless the invoice terms state differently and reflect a written agreement that buyer has in his possession.

**ADAMS BROTHERS PRODUCE CO.**
302 FINLEY AVENUE WEST · P.O. BOX 2682
BIRMINGHAM, ALABAMA 35202
PHONE (205) 323-7161    FAX (205) 251-4867

"ALL DISTRIBUTION CENTERS - ASI CERTIFIED"
BIRMINGHAM, AL • HUNTSVILLE, AL • DESTIN, FL • PANAMA CITY, FL • JACKSON, MS

*100 Years of Service To The South*
*1903 - 2003*

```
Page:           1
Invoice No: A801223
Invoice Date: 01/05/2006
Terms: Net 10 Days
Driver Initials:_____
Time In:_____ Time Out:_____
Sales Rep: CARL
PO:
```

Sold To:
DANNY'S PRODUCE
704 WHITE STREET

SLOCOMB, AL  36349
Telephone: (334) 886-9726

| ORD QTY | SHIP QTY | UOM | DESCRIPTION | ITEM | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 20.00 | 20.00 | CS | APPLE EAST RED125 | 277 | 16.00 | 320.00 |
| 1.00 | 1.00 | CS | APPLE GALA X FY 80 | 237 | 25.30 | 25.30 |
| 2.00 | 2.00 | CS | APPLE RED FY 88 | 225 | 17.45 | 34.90 |
| 17.00 | 17.00 | CS | BANANA SPEC 40# | 123 | 11.50 | 195.50 |
| 2.00 | 2.00 | CS | BERRY, STRAW CA X FY 8/1# | 576 | 25.00 | 50.00 |
| 1.00 | 1.00 | CS | BROCCOLI 14 | 1125 | 15.00 | 15.00 |
| 2.00 | 2.00 | CS | CABBAGE GREEN CARTON | 1140 | 11.50 | 23.00 |
| 2.00 | 2.00 | CS | CARABITES 24/1# | 700 | 18.25 | 36.50 |
| 1.00 | 1.00 | CS | CAULIFLOWER | 1161 | 16.00 | 16.00 |
| 1.00 | 1.00 | CS | CELERY 3 DOZ | 1173 | 16.90 | 16.90 |
| 6.00 | 6.00 | CS | CORN YELLOW 48 | 1181 | 30.00 | 180.00 |
| 1.00 | 1.00 | CS | CUCUMBER SELECT | 1192 | 38.75 | 38.75 |
| 3.00 | 3.00 | CS | GRAPE RED SDLS 18# | 173 | 22.00 | 66.00 |
| 1.00 | 1.00 | CS | GRAPEFRUIT 40CT PINK | 155 | 16.90 | 16.90 |
| 1.00 | 1.00 | CS | KIWI FRUIT FLAT 36/39 | 301 | 8.75 | 8.75 |
| 5.00 | 5.00 | CS | LETTUCE CELLO 24 | 1212 | 17.80 | 89.00 |
| 1.00 | 1.00 | CS | LETTUCE ROMAINE PREMIUM | 1217 | 17.45 | 17.45 |
| 2.00 | 2.00 | CS | MUSHROOM CELLO 12/8OZ | 1500 | 10.60 | 21.20 |
| 10.00 | 10.00 | BG | ONION RED MED 25# | 019 | 9.85 | 98.50 |
| 10.00 | 10.00 | CS | ORANGE CA 88 | 392 | 15.40 | 154.00 |
| 32.00 | 32.00 | CS | ORANGE FL 125 | 382 | 11.85 | 379.20 |
| 5.00 | 5.00 | CS | PEPPER GREEN MEDIUM 25# | 1364 | 23.50 | 117.50 |
| 2.00 | 2.00 | CS | PINEAPPLE GOLD | 259 | 16.55 | 33.10 |
| 60.00 | 60.00 | CS | POTATO RUSSET 100 | 1293 | 12.50 | 750.00 |
| 1.00 | 1.00 | CS | POTATO RUSSET 70 | 1298 | 13.25 | 13.25 |
| 30.00 | 30.00 | CS | POTATO RUSSET 90 | 1292 | 12.50 | 375.00 |
| 5.00 | 5.00 | CS | TANGERINE 180 | 603 | 14.25 | 71.25 |
| 5.00 | 5.00 | CS | TOMATO GRAPE 12 PT | 5022 | 30.00 | 150.00 |
| 8.00 | 8.00 | CS | VA LETTUCE SHRED 4/5# | 1956 | 13.00 | 104.00 |
| 30.00 | 30.00 | CS | VA SALAD SEPERATE 4/5# | 185 | 13.10 | 393.00 |
| 2.00 | 2.00 | CS | VA SLAW SHRED 4/5# | 184 | 12.45 | 24.90 |

RECEIVED JAN 5 2006
ADAMS BROS. PRODUCE CO.

SUBTOTAL: 3834.85
TAX: 0.00
TOTAL: 3834.85

CUSTOMER SIGNATURE: _____   Customer Printed Name: David Brown

By his above signature, buyer acknowledges that, in accordance with PACA Terms, ADAMS PRODUCE CO. is required to provide in writing the terms regarding payments, charges, and interest related to their transactions and agrees to comply with the following stipulations:
THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5 (C) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e (C)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES, UNTIL FULL PAYMENT IS RECEIVED.
In the event any action or proceeding is commenced to enforce the terms of this transaction or ADAMS PACA trust rights, buyer agrees to pay all costs of enforcement, including all attorneys' fees, together with any costs and expenses, as additional sums owed in connection with this transaction. Finance charges will accrue on any past-due balance at the rate of 1-1/2% per month, or the maximum interest rate allowable by law, from the date each invoice becomes past due and will be computed daily and compounded annually. The prices reflected on this invoice may be subject to promotional allowances, volume discounts, corporate rebates, and/or other seasonal programs.
PACA requires PROMPT PAYMENT TERMS OF 10 DAYS after acceptance for produce purchased by a buyer unless a written agreement has been signed prior to the sales transactions. UNDER NO CIRCUMSTANCES CAN PAYMENT TERMS OF SUCH AGREEMENT EXCEED 30 DAYS AFTER ACCEPTANCE FOR PRODUCE PURCHASED BY A BUYER. Given the PACA prompt payment terms, buyer agrees to pay the listed commodities within 10 days unless the invoice terms state differently and reflect a written agreement that buyer has in his possession.

# IDAHS BROTHERS PRODUCE CO.

332 FINLEY AVENUE WEST · P.O. BOX 2392  
BIRMINGHAM, ALABAMA 35201  
PHONE (205) 923-7131  FAX (205) 251-4667

*100 Years of Service To The South*  
*1903 - 2003*

Sold To:  
DANNY'S PRODUCE  
702 WHITE STREET

SLOCOMB, AL 36349  
Telephone: (334) 635-9726

Page: 1  
Invoice No: AB21825  
Invoice Date: 01/07/2006  
Terms: Net 10 Days

Driver Initials:  
Time In: 7/AM  Time Out: 7:13AM  
Sales Rep: CARL  
PO:

| ORD QTY | SHIP QTY | UOM | DESCRIPTION | ITEM | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 32.00 | 32.00 | CS | APPLE EAST RED 125 | 277 | 16.00 | 512.00 |
| 1.00 | 1.00 | CS | APPLE GALA X FY 80 | 237 | 25.30 | 25.30 |
| 9.00 | 9.00 | CS | APPLE GOLDEN BULK | 2111 | 15.50 | 139.50 |
| 1.00 | 1.00 | CS | APPLE GRANNY SMITH 88 | 146 | 21.30 | 21.30 |
| 9.00 | 9.00 | CS | APPLE RED FY 80 | 294 | 16.40 | 147.60 |
| 28.00 | 28.00 | CS | BANANA SPEC 40# | 123 | 11.50 | 322.00 |
| 2.00 | 2.00 | CS | BERRY, STRAW CA X FY 8/1# | 576 | 25.20 | 50.40 |
| 6.00 | 6.00 | CS | BROCCOLI 14 | 1125 | 15.00 | 90.00 |
| 5.00 | 5.00 | CS | CABBAGE GREEN CARTON | 1140 | 11.50 | 57.50 |
| 7.00 | 7.00 | CS | CANTALOUPE 12-1 | 132 | 15.25 | 106.75 |
| 6.00 | 6.00 | CS | CARROTS 24/1# | 700 | 18.25 | 109.50 |
| 2.00 | 2.00 | CS | CAULIFLOWER | 1161 | 16.00 | 32.00 |
| 15.00 | 15.00 | CS | CUCUMBER SELECT | 1192 | 18.75 | 281.25 |
| 10.00 | 10.00 | CS | GRAPE RED 50-5 18# | 373 | 22.00 | 220.00 |
| 12.00 | 12.00 | CS | HONEYDEW 6 | 693 | 13.00 | 156.00 |
| 1.00 | 1.00 | CS | KIWI FRUIT FLAT 36/39 | 301 | 8.75 | 8.75 |
| 1.00 | 1.00 | CS | LEMON CH 235 | 324 | 50.70 | 50.70 |
| 3.00 | 3.00 | CS | LETTUCE CELLO 24 | 1212 | 17.80 | 53.40 |
| 10.00 | 10.00 | CS | LETTUCE ROMAINE PREMIUM | 1217 | 17.45 | 174.50 |
| 1.00 | 1.00 | CS | LIME 48 /54 10# | 335 | 12.15 | 12.15 |
| 1.00 | 1.00 | CS | ONION GREEN ICELESS | 1257 | 13.60 | 13.60 |
| 1.00 | 1.00 | EG | ONION YELLOW JBO 50# | 392 | 11.85 | 11.85 |
| 10.00 | 10.00 | CS | ORANGE CA 86 | 393 | 15.40 | 154.00 |
| 0.00 | 0.00 | CS | ORANGE CA 113 | 382 | 14.35 | 0.00 |
| 5.00 | 5.00 | CS | ORANGE FL 125 | 467 | 13.85 | 69.25 |
| 35.00 | 35.00 | CS | PEAR D'ANJOU 110 CT | 376 | 19.80 | 693.00 |
| 2.00 | 2.00 | CS | PEPPER GREEN LGR CHOP 25# | 1308 | 23.00 | 46.00 |
| 7.00 | 7.00 | CS | PEPPER RED CAL 52# | 1293 | 16.50 | 115.50 |
| 1.00 | 1.00 | CS | POTATO RUSSET 102 | 1297 | 13.75 | 13.75 |
| 10.00 | 10.00 | CS | POTATO RUSSET 80 | 1292 | 12.50 | 125.00 |
| 7.00 | 7.00 | CS | POTATO RUSSET 90 | 15 | 9.30 | 65.10 |
| 1.00 | 1.00 | CS | POTATO SWEET #2 | | 9.50 | 9.50 |

***** Continued *****

**BROTHERS PRODUCE, INC.**
347 FINLEY AVENUE WEST · P.O. BOX 2682
BIRMINGHAM, ALABAMA 35202
PHONE (205) 323-7161  FAX (205) 251-4607

*100 Years of Service To The South*
1903 - 2003

Page: 2
Invoice No: R601835
Invoice Date: 01/07/2006
Terms: Net 10 Days
Driver Initials: _____ Time Out: _____
Sales Rep: CARL
PO:

Sold To:
ANNIE PRODUCE
704 WHITE STREET
ELICOMB, AL 36345
Telephone: (334) 585-9726

| ORD QTY | SHIP QTY | UOM | DESCRIPTION | ITEM | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 2.00 | 2.00 | CS | RUTABAGA WAX 50# | 1450 | 16.50 | 33.00 |
| 2.00 | 2.00 | CS | SPINACH CLIPPED 4/2.5# | 776 | 15.15 | 30.30 |
| 21.00 | 21.00 | CS | TANGERINE 100 | 600 | 14.25 | 299.25 |
| 1.00 | 1.00 | CS | VA BROCCOLI FLORETS 6/3# | 614 | 20.50 | 20.50 |
| 18.00 | 18.00 | CS | VA CABBAGE YEL CHUNK 4/5 | 1814 | 15.00 | 270.00 |
| 1.00 | 1.00 | CS | VA CARROT SHRED 4/5# | 520 | 3.90 | 3.90 |
| 1.00 | 1.00 | CS | VA CARROT STICK 4/5# | 4200 | 20.25 | 20.25 |
| 1.00 | 1.00 | CS | VA CELERY STICK 4/5# | 5027 | 20.65 | 20.65 |
| 55.00 | 55.00 | CS | VA LETTUCE SHRED 4/5# | 1556 | 13.00 | 715.00 |
| 45.00 | 45.00 | CS | VA SALAD SEPERATE 4/5# | 165 | 13.10 | 589.50 |
| 6.00 | 6.00 | CS | VA SLAW SHRED 4/5# | 1647 | 12.45 | 74.70 |

SUBTOTAL: 5359.55
TAX: 0.00
TOTAL: 5359.55

TOTAL P.02

# ADAMS BROTHERS PRODUCE CO.

302 FINLEY AVENUE WEST - P.O. BOX 2682
BIRMINGHAM, ALABAMA 35202
PHONE (205) 323-7161   FAX (205) 251-4867

*100 Years of Service To The South*
*1903 - 2003*

"ALL DISTRIBUTION CENTERS - ASI CERTIFIED"
BIRMINGHAM, AL • HUNTSVILLE, AL • DESTIN, FL • PANAMA CITY, FL • JACKSON, MS

Page: 1
Invoice No: A803086
Invoice Date: 01/12/2006
Terms: Net 10 Days
Driver Initials: _____
Time In: _____ Time Out: _____
Sales Rep: CARL
PO:

Sold To:
DANNY'S PRODUCE
704 WHITE STREET

SLOCOMB, AL  36349
Telephone: (334) 886-9726

| ORD QTY | SHIP QTY | UOM | DESCRIPTION | ITEM | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 8.00 | 8.00 | CS | APPLE EAST RED125 | 277 | 16.00 | 128.00 |
| 4.00 | 4.00 | CS | APPLE GOLDEN BULK | 2111 | 15.50 | 62.00 |
| 5.00 | 5.00 | CS | APPLE RED FY 80 | 224 | 16.40 | 82.00 |
| 3.00 | 2.00 | CS | CABBAGE GREEN CARTON | 1140 | 11.50 | 34.50 |
| 1.00 | 1.00 | CS | CARABITES 24/1# | 700 | 18.25 | 18.25 |
| 1.00 | 1.00 | CS | GRAPE RED SDLS 18# | 173 | 22.00 | 22.00 |
| 1.00 | 1.00 | CS | GRAPEFRUIT RED 48 | 157 | 16.25 | 16.25 |
| 5.00 | 5.00 | CS | LEMON CH 235 | 324 | 16.90 | 84.50 |
| 12.00 | 12.00 | CS | LETTUCE CELLO 24 | 1212 | 17.00 | 204.00 |
| 2.00 | 2.00 | CS | ONION RED JBO 25# | 5034 | 10.55 | 21.10 |
| 10.00 | 10.00 | BG | ONION YELLOW JBO 50# | 1287 | 11.85 | 118.50 |
| 8.00 | 8.00 | CS | ORANGE CA  88 | 392 | 15.40 | 123.20 |
| 4.00 | 4.00 | CS | ORANGE CA 113 | 393 | 14.35 | 57.40 |
| 8.00 | 8.00 | CS | ORANGE FL 125 | 382 | 11.75 | 94.00 |
| 5.00 | 5.00 | CS | PEPPER GREEN MEDIUM 25# | 1364 | 23.50 | 117.50 |
| 40.00 | 40.00 | CS | POTATO RUSSET   100 | 1293 | 12.50 | 500.00 |
| 5.00 | 5.00 | CS | POTATO RUSSET    80 | 1297 | 13.75 | 68.75 |
| 15.00 | 15.00 | CS | POTATO RUSSET    90 | 1292 | 12.50 | 187.50 |
| 4.00 | 4.00 | CS | TANGERINE 180 | 603 | 14.25 | 57.00 |
| 3.00 | 3.00 | CS | TOMATO GRAPE 12 PT | 5022 | 26.50 | 79.50 |
| 4.00 | 4.00 | CS | VA CARROT STICK 4/5# | 4000 | 20.25 | 81.00 |
| 4.00 | 4.00 | CS | VA CELERY STICK 4/5# | 5027 | 20.65 | 82.60 |
| 12.00 | 12.00 | CS | VA LETTUCE SHRED 4/5# | 1956 | 13.00 | 156.00 |
| 10.00 | 10.00 | CS | VA SALAD SEPERATE 4/5# | 185 | 13.10 | 131.00 |
| 6.00 | 6.00 | CS | VA SLAW SHRED 4/5# | 1847 | 12.45 | 74.70 |

SUBTOTAL: 2601.25
TAX: 0.00
TOTAL: 2601.25

CUSTOMER SIGNATURE: _____   Customer Printed Name: _____

By his above signature, buyer acknowledges that, in accordance with PACA Terms, ADAMS PRODUCE CO. is required to provide in writing the terms regarding payments, charges, and interest related to their transactions and agrees to comply with the following stipulations:
THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5 (C) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e (C)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES, UNTIL FULL PAYMENT IS RECEIVED.
In the event any action is commenced to enforce the terms of this transaction or ADAMS PACA trust rights, buyer agrees to pay all costs of enforcement, including all attorneys' fees, together with any costs and expenses, as additional sums owed in connection with this transaction. Finance charges will accrue on any past-due balance at the rate of 1-1/2% per month, or the maximum interest rate allowable by law, from the date each invoice becomes past due and will be computed daily and compounded annually. The prices reflected on this invoice may be subject to promotional allowances, volume discounts, corporate rebates, and/or other seasonal programs.
PACA requires PROMPT PAYMENT TERMS OF 10 DAYS after acceptance for produce purchased by a buyer unless a written agreement has been signed prior the sales transactions. UNDER NO CIRCUMSTANCES CAN PAYMENT TERMS OF SUCH AGREEMENT EXCEED 30 DAYS AFTER ACCEPTANCE FOR PRODUCE PURCHASED BY A BUYER. Given the PACA prompt payment terms, buyer agrees to pay the listed commodities within 10 days unless the invoice terms state differently and reflect a written agreement that buyer has in his possession.