UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
DOTHAN DIVISION

RECEIVED

| | |
|---|---|
| ADAMS BROS. PRODUCE CO., INC., <br><br> Plaintiff, <br><br> vs. <br><br> DANNY CLINTON FREEMAN d/b/a DANNY'S PRODUCE; and LENA FREEMAN, an individual, <br><br> Defendants. | Case No.: 2006 MAR 24  A 10: 58 <br><br> DEBRA P. HACKETT, CLK <br> U.S. DISTRICT COURT <br> MIDDLE DIST. ALA. <br><br> PLAINTIFF'S MOTION FOR ISSUANCE OF PRELIMINARY INJUNCTION AND MOTION TO CONSOLIDATE THE TRIAL ON THE MERITS WITH HEARING ON PRELIMINARY INJUNCTION <br><br> 1:06CV269-T |

Plaintiff, Adams Bros. Produce Co., Inc. ("Plaintiff"), by and through its undersigned counsel, hereby moves the Court to issue a Preliminary Injunction against Defendant Danny Clinton Freeman d/b/a Danny's Produce ("Danny's Produce"), to enforce the statutory trust pursuant Section 5(c) of the Perishable Agricultural Commodities Act, 7 U.S.C. §499e(c)(4), by segregating all trust assets of Danny's Produce. This Motion is supported by the Affidavit of Carl Adams, III, President and Treasurer of Plaintiff Adams Bros. Produce Co., Inc., and the Memorandum of Law, each of which has been filed contemporaneously herewith.

Moreover, the Plaintiff requests that this Court consolidate the hearing on the Motion for a Preliminary Injunction with the trial on the merits pursuant to Rule 65(a)(2), Fed.R.Civ.P. , which provides that:

> Before or after the commencement of the hearing of an application for a preliminary injunction, the court may order the trial of the action on the merits to be advanced and consolidated with the hearing of the application.

The District Court has discretion as in determining whether or not consolidation of the Preliminary Injunction hearing with the trial is appropriate. *See Air Line Pilots Assn., Int'l v.*

Page 1

*Alaska Airlines, Inc.*, 898 F.2d 1393 (9th Cir., 1990). Plaintiff submits that consolidation in this case is appropriate with respect to its claims under PACA, and that consolidation will conserve the time and resources of the Court and the parties.

**WHEREFORE**, Plaintiff requests that the Court enter a Preliminary Injunction enforcing the statutory trust pursuant Section 5(c) of the Perishable Agricultural Commodities Act, 7 U.S.C. §499e(c)(4), by segregating all trust assets of Danny's Produce, and that this Court enter an Order consolidating the hearing on the Preliminary Injunction with the trial on the merits pursuant to Rule 65 (a)(2), Fed.R.Civ.P.

Respectfully submitted this 24th day of March, 2006.

|  |  |
|---|---|
| OF COUNSEL:<br>**MEUERS LAW FIRM, P.L.**<br>Katy L. Koestner, Esq.<br>Florida Bar No. 0159484/Illinois Bar No. 6270092<br>5395 Park Central Court<br>Naples, Florida 34109<br>Telephone: (239) 513-9191<br>Facsimile: (239) 513-9677<br>kkoestner@meuerslawfirm.com | **CAPELL & HOWARD, PC**<br>By: _/s/ Christopher W. Weller_<br>Christopher W. Weller, Esq. (WEL030)<br>150 South Perry Street (36104)<br>Post Office Box 2069<br>Montgomery, Alabama 36102<br>Telephone: (334) 241-8066<br>Facsimile: (334) 241-8266<br>cww@chlaw.com |