UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
DOTHAN DIVISION

RECEIVED
2006 MAR 24 A 11: 01
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT

| | |
|---|---|
| **ADAMS BROS. PRODUCE CO., INC.,**<br><br>Plaintiff,<br><br>vs.<br><br>**DANNY CLINTON FREEMAN d/b/a DANNY'S PRODUCE; and LENA FREEMAN, an individual,**<br><br>Defendants. | Case No.:<br><br>1:06CV269-mht<br><br>**PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

COMES NOW, Plaintiff, Adams Bros. Produce Co., Inc. (a private, non-governmental party) by and through its undersigned counsel and pursuant to Rule 7.1, Federal Rules of Civil Procedure, and certifies that there are no corporate parents, affiliates and/or subsidiaries of Plaintiff which are publicly held.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

//

//

//

//

//

//

//

Respectfully submitted this 24th day of March, 2006.

OF COUNSEL:
**MEUERS LAW FIRM, P.L.**
Katy L. Koestner, Esq.
Florida Bar No. 0159484/Illinois Bar
No. 6270092
5395 Park Central Court
Naples, Florida  34109
Telephone: (239) 513-9191
Facsimile:  (239) 513-9677
kkoestner@meuerslawfirm.com

**CAPELL & HOWARD, PC**

By: _____
Christopher W. Weller, Esq. (WEL030)
150 South Perry Street (36104)
Post Office Box 2069
Montgomery, Alabama 36102
Telephone:  (334) 241-8066
Facsimile:  (334) 241-8266
cww@chlaw.com

X:\docs\Danny's Produce\pleadings\7.1.doc