IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| ADAMS BROS. PRODUCE CO., INC., ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CIVIL ACTION NO. 1:06cv269-MHT |
| DANNY CLINTON FREEMAN, etc., et al., ) ) ) | |
| Defendants. ) | |

### ORDER

The court having been informed orally by counsel for plaintiff Adams Bros. Produce Co., Inc. that this matter has been resolved, it is ORDERED that the hearing currently set for April 3, 2006, is cancelled. The court reserves judgment on plaintiff's motion for a preliminary injunction.

The parties are to file the appropriate settlement papers by April 7, 2006.

DONE, this the 31st day of March, 2006.

                    /s/ Myron H. Thompson
            UNITED STATES DISTRICT JUDGE