IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| ADAMS BROS. PRODUCE CO., INC., ) ) ) Plaintiff, ) ) v. ) ) DANNY CLINTON FREEMAN, ) etc., et al., ) ) Defendants. ) | CIVIL ACTION NO. 1:06cv269-MHT |

ORDER

It is ORDERED that plaintiff Adams Bros. Produce Co., Inc.'s oral motion to continue the deadline for filing settlement papers is granted. The parties are to file the appropriate settlement papers by April 14, 2006.

DONE, this the 4th day of April, 2006.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE