UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
DOTHAN DIVISION

| | |
|---|---|
| ADAMS BROS. PRODUCE CO., INC., | CASE NO.: 06-cv-269 MHT |
| Plaintiff, | |
| vs. | NOTICE OF FILING STIPULATION UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (7 U.S.C. § 499e) AND ORDER APPROVING SAME |
| DANNY CLINTON FREEMAN d/b/a DANNY'S PRODUCE; and LENA FREEMAN, an individual, | |
| Defendants. | |

NOW COMES Christopher W. Weller, Esq., to serve notice that the Stipulation Under The Perishable Agricultural Commodities Act (7 U.S.C. § 499e) and Order Approving Same have been filed in this court this 14th day of April, 2006. A copy has been sent to Danny Clinton Freeman at 704 White Street, Slocomb, AL 36349 via U.S. Mail.

MEUERS LAW FIRM, P.L.
Katy L. Koestner, Esq.
5395 Park Central Court
Naples, Florida 34109

*Co-Counsel for Plaintiff*

By:   s/Christopher W. Weller
Christopher W. Weller, Esq. (WEL030)
150 South Perry Street (36104)
Post Office Box 2069
Montgomery, Alabama 36102
Telephone: (334) 241-8066
Facsimile: (334) 241-8266

*Counsel for Plaintiff*