UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
DOTHAN DIVISION

| | |
|---|---|
| ADAMS BROS. PRODUCE CO., INC., <br><br> Plaintiff, <br><br> vs. <br><br> DANNY CLINTON FREEMAN d/b/a DANNY'S PRODUCE; and LENA FREEMAN, an individual, <br><br> Defendants. | CASE NO.: 06-cv-269 MHT <br><br><br> STIPULATION UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (7 U.S.C. § 499e) AND ORDER APPROVING SAME |

Plaintiff, Adams Bros. Produce Co., Inc. ("Adams Bros."), and Defendant Danny Clinton Freeman d/b/a Danny's Produce ("Danny's Produce"), hereby jointly submit the following Settlement Stipulation Under the Perishable Agricultural Commodities Act (7 U.S.C. §499e).

## BACKGROUND

1. From November 26, 2005 through January 12, 2006, Adams Bros. sold to Danny's Produce in interstate commerce, and Danny's Produce purchased from Adams Bros., perishable agricultural commodities ("Produce") in the total amount of $39,597.95. Adams Bros. properly preserved its claim as a statutory trust beneficiary in this amount under the Perishable Agricultural Commodities Act of 1930, as amended, 7 U.S.C. §499e(c) *et seq.* ("PACA").

2. On or about March 24, 2006 a Complaint and accompanying application for injunctive relief were filed by Adams Bros. to, *inter alia*, enforce its

rights under the trust provisions of PACA, 7 U.S.C. §499e, against Defendants Danny's Produce and Lena Freeman with the U.S. District Court for the Middle District of Alabama, (the "Court"), assigned Case No. 1:06-cv-269-MHT (the "Action"). Additionally, Adam Bros. alleged that as a result of violations of PACA by Danny's Produce and Lena Freeman, Adams Bros. suffered damages in the amount of $39,597.95, plus interest from the date each invoice became past due in the amount of $2,009.90 and attorneys' fees totaling $4,600.00, together totaling $46,207.85.

3. On or about March 24, 2006, the Court issued a Temporary Restraining Order ("TRO"), which, *inter alia*, required Danny Produce to discontinue any further dissipation of PACA Trust Assets and other assets which may or may not be impressed with the PACA trust, pending a hearing on Adams Bros.' Motion for Preliminary Injunction and decision of the Court.

4. In order to avoid the cost, expense and time involved in litigating the various claims asserted by Adam Bros. against Defendants Danny's Produce and Lena Freeman, Adams Bros. has agreed to settle and compromise all claims asserted against Defendants Danny's Produce.

## TERMS OF SETTLEMENT

5. This Stipulation may be executed in any number of counterparts with the same effect as if all signatories had signed the same document. All counterparts must be construed together to constitute one instrument.

6.  The parties stipulate to the following Stipulation for the purpose resolving the instant action absent the necessity of judicial intervention.

7.  The parties stipulate that Adams Bros. is a valid trust creditor of the Defendant Danny's Produce under Section 5(c) of PACA, in the aggregate amount of $46,207.85.

8.  Danny's Produce stipulates and agrees to pay Adams Bros., in certified funds, $2,000.00 per month towards payment of this debt, in the form of $500.00 on every Wednesday, starting on April 19, 2006. Danny's Produce's payments shall be by certified funds made payable to "Meuers Law Firm IOTA Trust Account" and delivered to Meuers Law Firm, P.L., c/o Katy L. Koestner, Esq., 5395 Park Central Court, Naples, FL 34109.

9.  Additionally, Danny's Produce hereby stipulates and agrees to assign any equity realized as a result of the sale of the Real Property located at 704 White Street, Slocomb, Alabama (the "Property").

10. Defendant Danny's Produce hereby stipulates and agrees that in the event of its failure to comply with any of the foregoing provisions, then, upon written notification of Default by Adams Bros. counsel to Defendant Danny's Produce by facsimile transmission, or any other method, Defendant Danny's Produce has two (2) business days from receipt of the written Notice of Default to fully comply with its provisions. Should Defendant Danny's Produce fail to remit payment pursuant to the terms set forth in ¶B, *infra.*, Adams Bros. shall be entitled

to entry of judgment in favor of Adams Bros. and against Defendant Danny's Produce in the amount of the outstanding amount due of $46,207.85, less any payments made. Additionally, Adams Bros. will be entitled to a Writ of Execution be issued upon the Property. Adams Bros. shall be entitled to the above relief without notice or hearing upon the filing of an Affidavit of Non-Compliance with this Settlement Stipulation.

11. Adams Bros. shall file a Notice of Voluntary Dismissal Without Prejudice of Lena Freeman with the Court. Additionally, the Parties hereby stipulate and agree to terminate the Temporary Restraining Order entered on March 24, 2006.

12. Adam Bros. stipulates and agrees that it reserves the right to enforce the Stipulation against Defendant in the event of a Default.

13. Adams Bros. hereby stipulates and agrees that upon full payment of $46,207.85, under the terms of this Stipulation, the Complaint shall be dismissed with prejudice.

14. By signing this Stipulation and Order below on behalf of the parties, the undersigned represent and warrant that they have all requisite authority to bind the party to the terms of this Stipulation and Order.

Accordingly, **IT IS HEREBY ORDERED:**

A.   Adams Bros. is a valid trust creditor under Section 5(c) of PACA, 7 U.S.C. §499e(c), against Defendant Danny's Produce in the aggregate amount of $46,207.85.

B.   Danny's Produce shall pay to Adams Bros. $2,000.00 a month towards payment of this debt, in the form of $500.00 on every Wednesday, starting on April 19, 2006. Danny's Produce's payments shall be paid by certified funds made payable to "Meuers Law Firm IOTA Trust Account" and delivered to Meuers Law Firm, P.L., c/o Katy L. Koestner, Esq., 5395 Park Central Court, Naples, FL 34109.

C.   In the event that Danny's Produce fails to comply with any of the foregoing provisions, then, upon written notification of Default to Defendant Danny's Produce by Adams Bros.' counsel, by facsimile transmission, or any other method, Defendant Danny's Produce has two (2) business days from receipt of the written Notice of Default to fully comply with its provisions. Should Defendant Danny's Produce fail to remit payment pursuant to the terms set forth herein, Adams Bros. shall be entitled to entry of judgment in favor of Adams Bros. and against Defendant Danny's Produce in the amount of the outstanding amount due of $46,207.85, less any payments made, along with interest, costs and attorney's fees incurred in this action and incurred in enforcing the terms of this Settlement Stipulation. Additionally, Adams Bros. will be entitled to a Writ of Execution be issued upon the Property. Adams Bros. shall be entitled to the above relief without

notice or hearing upon the filing of an Affidavit of Non-Compliance with this Settlement Stipulation.

D.   Upon full payment of $46,207.85, under the terms of this Stipulation, the claims against Defendants Danny's Produce shall be dismissed with prejudice.

**DONE AND ORDERED** in Chambers at Dothan, Alabama this 14th day of April 2006.

/s/ Myron H. Thompson
Myron H. Thompson
United States District Court Judge

Stipulated by the Parties:

ADAMS BROS. PRODUCE CO., INC.

_CARL ADAMS III_
Printed Name:

Title: PRESIDENT

Date: April __14__, 2006

Witnessed By:

_Ryan Staniscavage_
Printed Name:

CARL M. ADAMS
Print Name:

DANNY CLINTON FREEMAN
D/B/A DANNY'S PRODUCE

Printed Name:

Title:

Date: April _____, 2006

Witnessed By:

Print Name:

Print Name:

Stipulated by the Parties:

| | |
|---|---|
| ADAMS BROS. PRODUCE CO., INC. | Witnessed By: |
| _____ Printed Name: | _____ Printed Name: |
| Title: | |
| Date: April _____, 2006 | _____ Print Name: |
| DANNY CLINTON FREEMAN D/B/A DANNY'S PRODUCE *DANNY C Freeman* _Danny C Freeman_ Printed Name: | Witnessed By: _Bryan Parrish_ Print Name: |
| Title: *Owner* | _Mike Brown_ Print Name: |
| Date: April _14_, 2006 | |

Page 7 of 8

Approved as to form and content:
MEUERS LAW FIRM, P.L.
Katy L. Koestner, Esq.
5395 Park Central Court
Naples, Florida  34109

*Co-Counsel for Plaintiff*

Christopher W. Weller, Esq. (WEL030)
150 South Perry Street (36104)
Post Office Box 2069
Montgomery, Alabama 36102
Telephone:  (334) 241-8066
Facsimile:  (334) 241-8266

*Counsel for Plaintiff*