IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
ADAMS BROS. PRODUCE CO.,    )
INC.,                       )
                            )
    Plaintiff,              )
                            )
    v.                      )   CIVIL ACTION NO.
                            )     1:06cv269-MHT
DANNY CLINTON FREEMAN,      )
etc., et al.,               )
                            )
    Defendants.             )
```

ORDER

This case having settled, it is ORDERED that plaintiff Adams Bros. Produce Co., Inc.'s motion for a preliminary injunction and motion to consolidate (Doc. No. 5) are denied as moot.

DONE, this the 14th day of April, 2006.

                                      /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE