IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
ADAMS BROS. PRODUCE CO.,   )
INC.,                      )
                           )
    Plaintiff,             )
                           )       CIVIL ACTION NO.
    v.                     )       1:06cv269-MHT
                           )
DANNY CLINTON FREEMAN,     )
etc., et al.,              )
                           )
    Defendants.            )
```

ORDER

It is ORDERED that the motion to intervene (doc. no. 15) is set for submission, without oral argument, on June 13, 2006, with all briefs due by said date.

DONE, this the 25th day of May, 2006.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE