UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GENERAL PRODUCE, INC. | } |
| Plaintiff | } |
| vs. | }  CIVIL ACTION NO. 1:06cv269-MHT |
| DANNY FREEMAN individually and d/b/a DANNY'S PRODUCE | } } |
| Defendant | } |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

COMES NOW, J. WAYNE MOULTON a member of the State Bar of Georgia and a member in good standing of the bar of the United States District Court for the Northern District of Georgia, and moves for admission *pro hac vice* pursuant to Local Rule 83.1(b) of this Honorable Court, to represent GENERAL PRODUCE, INC. the Plaintiff in this action. A Certificate of Good Standing from the Clerk of the United States District Court for the Northern District of Georgia is filed herewith.

This the 19th day of May, 2006.

Moulton & Tarrer, LLC

_____
J. Wayne Moulton
Georgia State Bar Number 527200

925 Railroad Street
Conyers, Georgia 30012-5259
(770) 483-4406

The Admittee certifies that he is eligible for admission *pro hac vice* to this Honorable Court, is admitted to practice and in good standing in the jurisdiction shown in the paragraph above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules.

*J. Wayne Moulton*

**MOTION GRANTED
BY THE COURT:**

Date: _____    _____
United States District Judge

**Local Form 105**