

# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**   }
                               } ss.
**NORTHERN DISTRICT OF GEORGIA**   }

I, Luther D. Thomas, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **JOHN WAYNE MOULTON, State Bar No. 527200,** was duly admitted to practice in said Court on May 23, 1968, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 19th day of May, 2006.

LUTHER D. THOMAS
CLERK OF COURT

By: _____
Luis Perez
Deputy Clerk

