IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
ADAMS BROS. PRODUCE CO.,    )
INC.,                       )
                            )
     Plaintiff,             )
                            )    CIVIL ACTION NO.
     v.                     )    1:06cv269-MHT
                            )
DANNY CLINTON FREEMAN,      )
etc., et al.,               )
                            )
     Defendants.            )
```

                                        ORDER

It is ORDERED that the motion for admission pro hac vice (doc. no. 18) is granted.

DONE, this the 31st day of May, 2006.

                          /s/ Myron H. Thompson
                      **UNITED STATES DISTRICT JUDGE**