ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
DOTHAN DIVISION

| | | |
|---|---|---|
| ADAMS BROS. PRODUCE CO., INC. | } | CIVIL FILE No.: |
| Intervenor-Plaintiff, | } | 06-cv-269 MHT |
| and | } | |
| GENERAL PRODUCE, INC., | } | |
| Intervenor-Plaintiff | } | |
| vs. | } | |
| DANNY CLINTON FREEMAN d/b/a DANNY'S PRODUCE, and LENA FREEMAN, an individual, | } } } | |
| Defendants. | } | |

**CONSENT ORDER ALLOWING INTERVENTION**

The Motion to Intervene of GENERAL PRODUCE, INC. having been read and considered and it appearing to the Court that intervention is appropriate under F.R.C.P. 24(a) because the Intervenor claims to be a creditor of the Defendants under the Perishable Agricultural Commodities Act (PACA) and would therefore have and interest in the corpus of any trust determined to exist under PACA, and it further appearing that each of the original parties consents to intervention (save LENA FREEMAN, as to whom the Complaint in Intevention will be voluntarily dismissed without prejudice) it is ORDERED:

That the Motion to Intervene of GENERAL PRODUCE, INC. is GRANTED and the Complaint in Intervention is ordered filed and the Intervenor shall make arrangements to have summons issue and to the Complaint in Intervention and Summons upon the Defendants.

This the ___ day of _____, 2006.

_____
Myron H. Thompson, Judge
United States District Court

PREPARED BY:

_____
J. Wayne Moulton
Attorney for Intervenor

CONSENTED TO:

/S/ Katy L. Koestner by
Katy L. Koestner, Esq.   *with permission*
Attorney for Plaintiff

_____
Daniel Clinton Freeman
Defendant