ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
DOTHAN DIVISION

| | | |
|---|---|---|
| ADAMS BROS. PRODUCE CO., INC. | } | CIVIL FILE No.: |
| Intervenor-Plaintiff, | } | 06-cv-269 MHT |
| and | } | |
| GENERAL PRODUCE, INC., | } | |
| Intervenor-Plaintiff | } | |
| vs. | } | |
| DANNY CLINTON FREEMAN d/b/a DANNY'S PRODUCE, and LENA FREEMAN, an individual, | } } } | |
| Defendants. | } | |

**SETTLEMENT STIPULATION BETWEEN GENERAL PRODUCE, INC. AND DANIEL CLINTON FREEMAN individually and d/b/a DANNY'S PRODUCE AND ORDER**

General Produce, Inc., as Intervenor-Plaintiff, and Defendant Danny Clinton Freeman d/b/a Danny's Produce, hereby jointly submit the following Settlement Stipulation Under the Perishable Agricultural Commodities Act (7 U.S.C. §499e).

### BACKGROUND

1. From March 26, 2006 through April 26, 2006, General Produce, Inc. sold to Daniel Clinton Freeman d/b/a Danny's Produce in interstate commerce, and Danny's Produce purchased from General Produce, Inc., perishable agricultural commodities ("Produce") in the total amount of $43,248.14. General Produce, Inc. properly preserved its claim as a statutory trust beneficiary in this amount under the Perishable Agricultural Commodities Act of 1930, as amended, 7 U.S.C. §499e(c) *et seq.* ("PACA").

2. On or about May 24, 2006 a Complaint in Intervention was filed by General Produce, Inc. to, *inter alia*, enforce its rights under the trust provisions of PACA, 7 U.S.C. §499e, against Defendants Daniel Clinton Freeman d/b/a Danny's Produce and Lena Freeman with the U.S. District Court for the Middle District of Alabama, (the "Court"), under Case No. 1:06-cv-269-MHT (the "Action"). Additionally, General Produce, Inc. alleged that as a result of violations of PACA by Danny's Produce and

Lena Freeman, General Produce, Inc. suffered damages in the amount of $43,248.14, plus interest in the amount of $7,740.00 and $4,011.86 attorneys fees for a total of $55,000.00.

3.     On or about _____, 2006, the Court granted the motion to intervene and permitted the filing of the Complaint in Intervention.

4.     In order to avoid the cost, expense and time involved in litigating the various claims asserted by General Produce, Inc. Daniel Clinton Freeman individually and d/b/a Danny's Produce agreed to settle and compromise all claims asserted by General Produce, Inc.

## TERMS OF SETTLEMENT

5.     This stipulation may be executed in any number of counterparts with the same effect as if all signatories had signed the same document. All counterparts must be construed together to constitute one instrument.

6.     The parties stipulate to the following Stipulation for the purpose resolving the instant action absent the necessity of judicial intervention.

7.     The parties stipulate that General Produce, Inc. is a valid trust creditor of the Defendant Daniel Clinton Freeman individually and d/b/a Danny's Produce under Section 5(c) of PACA, in the aggregate amount principal amount of $55,000.00.

8.     Daniel Clinton Freeman d/b/a Danny's Produce stipulates and agrees to pay General Produce, Inc, in certified funds, $2,000.00 per month towards payment of this debt, in the form of $500.00 on every Wednesday, starting June 7, 2006. Daniel Clinton Freeman individually and d/b/a Danny's Produce payments shall be by certified funds made payable to "GENERAL PRODUCE, INC." and delivered to General Produce, Inc., c/o Willard C. Harrison, III, 16 Forest Parkway, BLDG M, Forest Park, Georgia 30297.

9.     Additionally, Defendant hereby stipulates and agrees to assign any equity realized as a result of the sale of the Real Property located at 704 White Street, Slocomb, Alabama (the "Property") to the PACA trust fund created for the benefit of the PACA claimants in this action.

10.    Defendant Daniel Clinton Freeman individually and d/b/a Danny's Produce hereby stipulates and agrees that in the event of its failure to comply with any of the foregoing provisions, then, upon written notification of Default by counsel for General Produce, Inc. to Defendant Daniel Clinton Freeman d/b/a Danny's Produce by facsimile transmission, or any other method, Defendant shall have two business days from receipt of the written Notice of Default to fully comply with its provisions. Should Defendant Daniel Clinton freeman d/b/a Danny's Produce fail to remit payment pursuant to the terms set forth in paragraph eight, *infra*, General Produce, Inc shall be entitled to entry of judgment in favor of General Produce, Inc. and against Defendant Daniel Clinton

Freeman, individually and d/b/a Danny's Produce in the amount of $55,000.00, less any payments made under the terms of this stipulation. Additionally, General Produce, Inc. will be entitled to a Writ of Execution be issued upon the Property. General Produce, Inc. shall be entitled to the above relief without notice or hearing upon the filing of an Affidavit of Non-Compliance with this Settlement Stipulation.

11. General Produce, Inc. shall file a Notice of Voluntary Dismissal Without Prejudice of Lena Freeman with the Court.

12. General Produce, Inc. stipulates and agrees that it reserves the right to enforce the Stipulation against Defendant Daniel Clinton Freeman either individually or d/b/a Danny's Produce in the event of a Default.

13. General Produce, Inc. hereby stipulates and agrees that upon full payment of $55,000.00 under the terms of this Stipulation, the Complaint in Intervention shall be dismissed with prejudice.

14. By signing this Stipulation and Order below on behalf of the parties, the undersigned represent and warrant that they have all requisite authority to bind the party to the terms of this Stipulation and Order

15 Plaintiff, Adams Bros. Produce Co., Inc. by the signature of its counsel consents to the form of this stipulation.

Accordingly, **IT IS HEREBY ORDERED:**

A. General Produce, Inc. is a valid trust creditor under Section 5(c) of PACA, 7 U.S.C. §499e(c), against Daniel Clinton Freeman d/b/a Danny's Produce in the aggregate amount of $55,000.00.

B. Daniel Clinton freeman d/b/a Danny's Produce shall pay to General Produce, Inc $2,000.00 a month towards payment of this debt, in the form of $500.00 on every Wednesday, starting June 7, 2006 Defendant's payments shall be paid by certified funds made payable to General Produce, Inc. and delivered to General Produce, Inc. c/o Willard C. Harrison, III, 16 Forest Parkway, BLDG. M, Forest Park, Georgia 30297.

C. In the event that Defendant fails to comply with any of the foregoing provisions, then, upon written notification of Default to Defendant Daniel Clinton Freeman d/b/a Danny's Produce by counsel for General Produce, Inc, by facsimile transmission, or any other method, Defendant Daniel Clinton Freeman d/b/a Danny's Produce has two (2) business days from receipt of the written Notice of Default to fully comply with its provisions. Should Defendant Daniel Clinton Freeman d/b/a Danny's Produce fail to remit payment pursuant to the terms set forth herein, General Produce, Inc. shall be entitled to entry of judgment in favor of General produce, Inc. against Defendant Daniel Clinton Freeman individually and d/b/a Danny's Produce in the amount of the outstanding amount due of $55,000.00, less any payments made, along

with interest, costs and attorneys fees incurred in enforcing the terms of this Settlement Stipulation. Additionally, General Produce, Inc. will be entitled to a Writ of Execution be issued upon the Property, provided that any funds made from the sale or from execution upon the property shall be divided *pro rata* between the PACA claimants in this action. General Produce, Inc. shall be entitled to the above relief without notice or hearing upon the filing of an Affidavit of Non-Compliance with this Settlement Stipulation.

  D. Upon full payment of $55,000.00 under the terms of this Stipulation, the claims against Defendant Daniel Clinton Freeman individually and d/b/a Danny's Produce shall be dismissed with prejudice.

  **DONE AND ORDERED** in Chambers at Dothan, Alabama this _____ day of _____, 2006.

                _____
                Myron H. Thompson
                United States District Court Judge

Approved as to form and content:

_/s/ J. Wayne Moulton_
J. Wayne Moulton
Attorney for General Produce, Inc.

_/s/ Danny C. Freeman_
Danny Clinton Freeman, individually and d/b/a Danny's Produce

Approved as to form only:

**/s/ Katy L. Koestner** By Jwm with permission
Katy L. Koestner, Esq.
Attorney for Adams Bros. Produce Co., Inc.