IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
DOTHAN DIVISION

| | | |
|---|---|---|
| ADAMS BROS. PRODUCE CO., INC. | } | CIVIL FILE No.: |
| Intervenor-Plaintiff, | } | 06-cv-269 MHT |
| and | } | |
| GENERAL PRODUCE, INC., | } | |
| Intervenor-Plaintiff | } | |
| vs. | } | |
| DANNY CLINTON FREEMAN d/b/a DANNY'S PRODUCE, and LENA FREEMAN, an individual, | } } } | |
| Defendants. | } | |

**VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Comes now GENERAL PRODUCE, INC. and voluntarily dismisses its Complaint in Intervention against LENA FREEMAN, without prejudice.

This the 10th day of June, 2006.

                                          MOULTON & TARRER, LLC

                                          By: _____/s/_____
                                          J. Wayne Moulton
                                          State Bar Number 527200
                                          Attorney for Intervenor

925 Railroad Street
Conyers, Georgia 30012-5259
(770) 483-4406
FAX (770) 388-9201

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for the opposing party with a copy of the foregoing Voluntary Dismissal Without Prejudice by depositing in the United States Mail a copy of the same in a properly addressed envelope with adequate postage thereon to:

Katy L. Koestner, Esq.
Meuers Law Firm, P.L.
5395 Park Central Court
Naples, Florida 34109

Danny Freeman
Lena Freeman
P. O. Box 104
Malvern, AL 36349

This the 10th day of June, 2006

_____
J. Wayne Moulton

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
DOTHAN DIVISION

| | | |
|---|---|---|
| ADAMS BROS. PRODUCE CO., INC. | } | CIVIL FILE No.: |
| Intervenor-Plaintiff, | } | 06-cv-269 MHT |
| and | } | |
| GENERAL PRODUCE, INC., | } | |
| Intervenor-Plaintiff | } | |
| vs. | } | |
| DANNY CLINTON FREEMAN d/b/a DANNY'S PRODUCE, and LENA FREEMAN, an individual, | } } } | |
| Defendants. | } | |

**ORDER GRANTING VOLUNTARY DISMISSAL AS TO LENA FREEMAN**

The voluntary dismissal without prejudice by GENERAL PRODUCE, INC. as to LENA FREEMAN is GRANTED.

This the ___ day of _____, 2006.

_____
Myron H. Thompson, Judge
United States District Court

Prepared by:

_____/s/_____
J. Wayne Moulton
Attorney for Intervenor