IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
DOTHAN DIVISION

| | | |
|---|---|---|
| ADAMS BROS. PRODUCE CO., INC. | } | CIVIL FILE No.: |
| Intervenor-Plaintiff, | } | 06-cv-269 MHT |
| and | } | |
| GENERAL PRODUCE, INC., | } | |
| Intervenor-Plaintiff | } | |
| vs. | } | |
| DANNY CLINTON FREEMAN d/b/a DANNY'S PRODUCE, and LENA FREEMAN, an individual, | } } } | |
| Defendants. | } | |

**ORDER GRANTING VOLUNTARY DISMISSAL AS TO LENA FREEMAN**

The voluntary dismissal without prejudice by GENERAL PRODUCE, INC. as to LENA FREEMAN is GRANTED.

This the 12th day of June, 2006.

/s/ Myron H. Thompson
Myron H. Thompson, Judge
United States District Court

Prepared by:

_____/s/_____
J. Wayne Moulton
Attorney for Intervenor