IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
DOTHAN DIVISION

| | | |
|---|---|---|
| ADAMS BROS. PRODUCE CO., INC. | } | CIVIL FILE No.: |
| Intervenor-Plaintiff, | } | 06-cv-269 MHT |
| and | } | |
| GENERAL PRODUCE, INC., | } | |
| Intervenor-Plaintiff | } | |
| vs. | } | |
| DANNY CLINTON FREEMAN d/b/a DANNY'S PRODUCE, and LENA FREEMAN, an individual, | } } } | |
| Defendants. | } | |

**MOTION TO ENTER JUDGMENT**

Comes now GENERAL PRODUCE, INC., Intervenor-Plaintiff, and moves the court to enter judgment against DANNY CLINTON FREEMAN individually and d/b/a DANNY'S PRODUCE, Defendant and for cause says:

1. Intervenor-Plaintiff and Defendant entered into a Settlement Stipulation which was approved by the court on June 12, 2006.

2. The Settlement Stipulation provided for the payment of an agreement amount in installments.

3. The Settlement Stipulation provided that in the event of the Defendant's failure to make payments as agreed, and if the Defendant fails to cure his default within two days after receipt of written notice, Intervenor-Plaintiff is entitled to entry of judgment in the amount of $55,000.00 less any payments made by the Defendant under the stipulation.

4. In addition to the principal amount the Settlement Stipulation also provides for judgment to include interest, attorneys fees and costs.

5. Defendant has failed to make payments as provided in the Settlement Stipulation.

7. On February 6, 2007 notice of default under the Settlement Stipulation was sent to Defendant by Certified Mail and Federal Express, a copy of which is attached hereto and filed herewith as Exhibit "A".

8. Defendant failed to cure the default after receiving notice, and it is appropriate to enter judgment.

9. Filed herewith, is the Affidavit of Willard C. Harrison, III, an employee of Intervenor-Plaintiff familiar with the Defendant's account, setting out the balance due on the account, the accrued interest and attorneys fees.

WHEREFORE, Intervenor-Plaintiff prays that judgment enter against Defendant in the amount of $52,000.00 principal, $6,567.61 interest and $1,000.00 attorneys fees which is a total of $59,567.61.

          MOULTON & TARRER, LLC

          By: _____/s/_____
          J. Wayne Moulton
          State Bar Number 527200
          Attorney for Intervenor-Plaintiff

925 Railroad Street
Conyers, Georgia 30012-5259
(770) 483-4406
FAX (770) 388-9201

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for the opposing party with a copy of the foregoing **MOTION TO ENTER JUDGMENT** by depositing in the United States Mail a copy of the same in a properly addressed envelope with adequate postage thereon to:

Mr. Danny Freeman
Danny's Produce
P. O. Box 104
Malvern, Alabama 36349

This the 2nd day of March, 2007

_____/s/_____
J. Wayne Moulton