IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
DOTHAN DIVISION

| | | |
|---|---|---|
| ADAMS BROS. PRODUCE CO., INC. | } | CIVIL FILE No.: |
| Intervenor-Plaintiff, | } | 06-cv-269 MHT |
| and | } | |
| GENERAL PRODUCE, INC., | } | |
| Intervenor-Plaintiff | } | |
| vs. | } | |
| DANNY CLINTON FREEMAN d/b/a DANNY'S PRODUCE, and LENA FREEMAN, an individual, | } } } | |
| Defendants. | } | |

## AFFIDAVIT OF NON-COMPLIANCE WITH SETTLEMENT STIPULATION

Personally appeared WILLARD C. HARRISON, III before the undersigned officer, authorized by law to administer oaths, and having been duly sworn, deposes and says:

1. I am WILLARD C. HARRISON, III and am employed by Intervenor-Plaintiff, GENERAL PRODUCE, INC.

2. I am personally familiar with the account of DANNY CLINTON FREEMAN d/b/a DANNY'S PRODUCE, the Defendant in the above captioned

action, and the records of the account are maintained under my general supervision and control.

3. This Affidavit is given for the purpose of providing evidence of the payments made by DANNY CLINTON FREEMAN, d/b/a DANNY PRODUCE during the period June 7, 2006 to the date of this Affidavit, stating the amount of interest earned on the unpaid balance during said period and stating the amount of Attorneys fees and costs incurred in enforcing the Settlement-Stipulation so as to arrive at the total balance on said account as of the date of this Affidavit in order that the Court may enter judgment in favor of GENERAL PRODUCE, INC. against DANNY CLINTON FREEMAN d/b/a DANNY'S PRODUCE.

4. Pursuant to the terms of the Settlement Stipulation between GENERAL PRODUCE, INC. and DANNY CLINTON FREEMAN INDIVIDUALLY AND D/B/A DANNY'S PRODUCE the said Defendant was to pay a total of FIFTY-FIVE THOUSAND DOLLARS ($55,000.00) to Plaintiff-Intervenor by making payments of FIVE HUNDRED DOLLARS ($500.00) on Wednesday of each week commencing June 7, 2006.

5. Since June 7, 2006 Defendant has paid $3000.00 against the $55,000.00 obligation.

6. In addition, pursuant to the terms of the Settlement Stipulation, Plaintiff-Intervenor is entitled to recover interest, costs and attorneys fees incurred in enforcing the terms of the Settlement Stipulation.

7. The interest accrued from June 7, 2006 to the date of this Affidavit at the rate of ONE AND ONE-HALF PERCENT (1½%) per month is $6,567.61.

8. The attorneys fees and costs incurred in the enforcement of the Settlement Stipulation is ONE THOUSAND DOLLARS ($1,000.00).

9. At the date of this Affidavit, Plaintiff-Intervenor is entitled to the entry of judgment in the amount of $52,000.00 principal, $6,567.61 interest and $1,000.00 attorneys fees: a total of $59,567.61, plus interest at the present legal rate until such sums have been paid in full.

This the 6th day of February, 2007

_____
WILLARD C. HARRISON, III

Sworn to and subscribed
before me this the 6th
day of Feb, 2007.

_____
Notary Public

