IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
DOTHAN DIVISION

| | | |
|---|---|---|
| ADAMS BROS. PRODUCE CO., INC. | } | CIVIL FILE No.: |
| Intervenor-Plaintiff, | } | 06-cv-269 MHT |
| and | } | |
| GENERAL PRODUCE, INC., | } | |
| Intervenor-Plaintiff | } | |
| vs. | } | |
| DANNY CLINTON FREEMAN d/b/a DANNY'S PRODUCE, and LENA FREEMAN, an individual, | } } } | |
| Defendants. | } | |

## JUDGMENT

The within and foregoing matter having come on before the court on the motion of GENERAL PRODUCE, INC. as Intervenor-Plaintiff to enter judgment against Defendant DANNY CLINTON FREEMAN individually and d/b/a DANNY'S PRODUCE, and the premise considered, it is hereby ORDERED and ADJUDGED:

GENERAL PRODUCE, INC. shall have the judgment of this court against DANNY CLINTON FREEMAN individually and d/b/a DANNY'S PRODUCE in the amount of FIFTY TWO THOUSAND DOLLARS ($52,000.00) principal, SIX

THOUSAND FIVE HUNDRED SIXTY-SEVEN and 61/100 DOLLARS ($6,567.61) interest and ONE THOUSAND DOLLARS ($1,000.00) attorneys fees.

The total judgment shall be FIFTY NINE THOUSAND FIVE HUNDRED SIXTY-SEVEN AND 61/100 DOLLARS ($59,567.61), and shall bear post judgment interest at the rate of EIGHTEEN PERCENT (18%) per annum.

This the ___ day of _____, 2007

_____
Myron H. Thompson, Judge
United States District Court
Middle District of Alabama

Prepared by:

_____/s/_____
J. Wayne Moulton
925 Railroad Street
Conyers, Georgia 30012-5259
(770) 483-4406