IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


| | | |
|---|---|---|
| ADAMS BROS. PRODUCE CO., INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| GENERAL PRODUCE, INC., | ) ) | |
| Plaintiff-intervenor, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 1:06cv269-MHT |
| DANNY CLINTON FREEMAN, etc., et al., | ) ) ) | |
| Defendants. | ) | |

### ORDER

Upon consideration of plaintiff-intervenor General Produce, Inc.'s motion to enter judgment (doc. no. 28), it is ORDERED that defendant Danny Clinton Freeman, individually and d/b/a Danny's Produce, show cause, if any there be, in writing by March 23, 2007, as to why said motion should not be granted.  Defendant Freeman is informed that, if he fails to respond within the time

allowed, the court will assume that he has no objection

to the motion and will enter judgment as requested in the

motion, including for the specific amounts requested.

DONE, this the 8th day of March, 2007.


                    /s/ Myron H. Thompson
                 UNITED STATES DISTRICT JUDGE