IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED

2007 MAR 29 A 9: 47

[ILLEGIBLE] P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| ADAMS BROS. PROCUDE CO., INC.. and GENERAL PRODUCE, INC., Plaintiff, VS DANNY FREEMAN d/b/a DANNY'S PRODUCE, Defendant. | Case No: 1:06-cv-00269 MHT |

## NOTICE OF BANKRUPTCY

COMES NOW the Defendant, Danny Freeman d/b/a Danny's Produce, in the above styled cause and would show unto the Court that he has filed a Chapter 7 Bankruptcy in the Middle District of Alabama on March 23, 2007. Said case is pending and the case number is 07-10366. Adams Bros. Produce Co., Inc. and General Produce, Inc. were listed as creditors in the petition and the debt, which is the basis of the complaint filed in this Court, is contained in that petition.

Wherefore, the Defendant requests this Honorable Court to honor the Automatic Stay imposed by the Bankruptcy Act as amended. Further, the Defendant requests that the garnishment, if any, be dismissed and Garnishee discharged. Any funds withheld from Defendant's wages in possession of Garnishee be returned to Defendant and any said funds in the possession of the Clerk of Court be returned to the Defendant.

RESPECTFULLY SUBMITTED this 27 day of March, 2007.

Michael D. Brock (BRO152)
Attorney for Defendant
P.O. Drawer 311167
Enterprise, AL 36331-1167
(334) 393-4357
(334) 393-0026 FAX

## Certificate of Service

      I hereby certify that I have this date mailed a copy of the foregoing to Clerk of Court, Christopher W. Weller, P.O. Box 2069, Montgomery, AL 36102, Katy Lynne Koestner, 5395 Park Central Court, Naples, FL 34109, and John Wayne Moulton, 925 Railroad Street, Conyers, GA 30012 by placing a copy of the same in the U.S. Mail, postage prepaid and addressing it to the proper mailing address this 27 day of March, 2007.

                                                Michael D. Brock (BRO152)
                                                Attorney for Defendant