IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ADAMS BROS. PROCUDE CO., INC.. and GENERAL PRODUCE, INC., | * * * | |
| Plaintiff, | * * | |
| VS | * * | Case No: 1:06-cv-00269 MHT |
| DANNY FREEMAN d/b/a DANNY'S PRODUCE, | * * * | |
| Defendant. | * | |

### ORDER

The Defendant having notified this Court that he has filed bankruptcy, the Court Orders any further action stayed in this matter. Furthermore, the garnishment, if any exists, is hereby dismissed and Garnishee discharged. If any funds have been withheld from Defendant's wages pursuant to this garnishment and are in the possession of Garnishee, said funds shall be returned to Defendant, and if any of said funds are in the possession of the Clerk of Court, said funds shall be returned to the Defendant.

The Clerk of Court is directed to forward a copy of this order to the parties.

DONE this the _____ day of April, 2007.

_____
Judge
United States District Court

**Copies to**:
BROCK & STOUT
Post Office Drawer 311167
Enterprise, AL 36331-1167

Christopher W. Weller
P.O. Box 2069
Montgomery, AL 36102

Katy Lynn Koestner
5395 Park Central Court
Naples, FL 34109

John Wayne Moulton
925 Railroad Street
Conyers, GA 30012