IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| ADAMS BROS. PRODUCE CO., INC., ) ) ) | |
| Plaintiff, ) ) | |
| GENERAL PRODUCE, INC., ) ) | |
| Plaintiff-intervenor, ) ) | CIVIL ACTION NO. |
| v. ) ) | 1:06cv269-MHT |
| DANNY CLINTON FREEMAN, etc., et al., ) ) ) | |
| Defendants. ) | |

### ORDER

In light of the bankruptcy (Doc. No. 30), it is ORDERED that an on-the-record status conference is set in this cause for April 11, 2007, at 8:30 a.m. Counsel for defendant Danny Clinton Freeman is to arrange for the conference to be conducted by telephone.

DONE, this the 3rd day of April, 2007.

　　　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE