IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
ADAMS BROS. PRODUCE CO.,     )
INC.,                        )
                             )
    Plaintiff,               )
                             )
GENERAL PRODUCE, INC.,       )
                             )
    Plaintiff-intervenor,    )
                             )    CIVIL ACTION NO.
    v.                       )      1:06cv269-MHT
                             )
DANNY CLINTON FREEMAN,       )
etc., et al.,                )
                             )
    Defendants.              )
```

ORDER

Upon consideration of the notice of bankruptcy (Doc. No. 30) and based upon the representations made during an on-the-record status conference on April 11, 2007, it is ORDERED as follows:

(1) The motion to enter default judgment (Doc. No. 28) is denied with leave to renew.

(2) All proceedings in this cause are stayed until

the court receives notice that the bankruptcy stay has been lifted.

DONE, this the 11th day of April, 2007.


                                    /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**